

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO.<br>3:02 CV 1069 (MRK) |
| vs. | : | |
| JBC & ASSOCIATES, P.C.<br>JACK H. BOYAJIAN<br>MARVIN BRANDON | : | DECEMBER 9, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

The Defendants herein move for an enlargement of the time periods in the existing scheduling order, as follows:

(1)  Dispositive Motions, if any: Thirty (30) days after the completion of any discovery ordered by the Court pursuant to Defendants' Motion to Compel, filed simultaneously herewith, whichever is later; and

(2)  Joint Trial Memorandum: Forty-five (45) days after the completion of any discovery ordered by the Court pursuant to Defendants' Motion to Compel, filed simultaneously herewith, or thirty (30) days after final ruling on any dispositive motion, whichever is later.

The reason for the requested modification is that additional time is needed to resolve certain disputes concerning outstanding discovery that may be relevant to any dispositive motions in this case. Defendant has filed a Motion to Compel the Plaintiff to appear at a

1

deposition and produce documents responsive to the Defendants' Request for Production. Rulings on Defendant's Motion to Compel could have an effect on the making of or opposition to any dispositive motion. Indeed, Defendants will be manifestly and irreparably prejudiced with respect to asserting or opposing any dispositive motion in this action as a result of the Plaintiff's tactics more fully outlined in the Defendants' Motion to Compel. Accordingly, the additional time is necessary to allow for the Court to rule upon said Motion.

THE DEFENDANTS,

By: _____
Sabato P. Fiano (Ct 18879)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8963

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of December 2003, to:

>Joanne S. Faulkner, Esq.
>123 Avon Street
>New Haven, CT 06511

>*[signature]*
>Sabato P. Fiano

3