UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                   CASE NO. 3:02CV 1069 (MRK)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                                     December 15, 2003
MARVIN BRANDON

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff moves for summary judgment against each defendant as to liability alone on

the following violations which are undisputed or indisputable. The defendants violated the Fair

Debt Collection Practices Act, 15 U.S.C. § 1692e and §1692f(1), and parallel state law in *at*

*least* the following respects: Defendants drafted and sent a collection letter dated Nov. 22,

2001 that (1) demanded considerably more than any possible amount of the alleged debt;

(2) threatened to obtain identity and location information from the department of motor

vehicles based only on use of a driver's license as authorization to obtain such information;

(3) threatened to use information in civil proceedings; (4) threatened to use information in

criminal proceedings.

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        j.faulkner@snet.net