UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                          CASE NO. 3:02CV 1069 (MRK)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                            December 18, 2003
MARVIN BRANDON

<u>PLAINTIFF'S OBJECTION TO MOTION TO MODIFY SCHEDULING ORDER</u>

Plaintiff objects to defendants' Third Motion to Modify Scheduling Order, since (1) it was signed by Sabato Fiano, who has no appearance in the case and may not act as counsel for defendants; (2) no good cause has been shown as required by Fed. R. Civ. P. 16(b) and D. Conn. L. Rule 16(b), which mandates "a particularized showing that the schedule cannot reasonably be met, **despite the diligence** of the party seeking the modification, for reasons that were not reasonably foreseeable when the parties submitted their proposed case management plan." Defendants' lack of diligence throughout this matter is revealed by their repeated motions for extension of time. Doc. Nos. 4, 11, 13, 20, 26 (scheduling order), 28 (scheduling order).

Defendants' belated interest in conducting discovery is not good cause for any extension, particularly because they noticed plaintiff's deposition for August 27, 2003 and refused to take the deposition even though plaintiff and her counsel appeared at defense counsel's office pursuant to the deposition notice.

A party's attorney may not "arrogate[] control of discovery to himself . . . and change the date of compliance to suit his own convenience and that of his client." <u>Damiani v. R.I. Hosp</u>., 704 F.2d 12, 16 (1st Cir. 1983). Parties have an unflagging duty to comply with case

management orders. <u>Rosario-Diaz v. Gonzalez</u>, 140 F.3d 312, 315 (1st Cir. 1998). A party who flouts the scheduling order ignores the court's inherent interest in administering its docket and "robs [scheduling orders] of their utility." <u>Tower Ventures, Inc. v. City of Westfield</u>, 296 F.3d 43, 47 (1st Cir. 2002).  See also <u>Julian v. Equifax Check Services, Inc</u>., 178 F.R.D. 10 (D. Conn. 1998).

       No extension should be granted.

                             THE PLAINTIFF


                             BY_____
                             JOANNE S. FAULKNER ct04137
                                123 Avon Street
                                New Haven, CT 06511-2422
                                (203) 772-0395
                                j.faulkner@snet.net


       This is to certify that the foregoing was mailed on December 17, 2003, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

                                _____
                                  Joanne S. Faulkner