UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 1  2 08 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

WILLIAM SPECTOR

v.                                    CASE NO. 3:03 CV 252 (GLG)

TRANS UNION LLC                       August 1, 2003

### PLAINTIFF'S MOTION FOR SANCTIONS AND TO PRECLUDE

Defendant noticed a deposition for July 10, 2003, but did not appear. Plaintiff and his counsel appeared. Plaintiff seeks an order pursuant to Fed. R. Civ. P. 30(g)(1) for the expenses of plaintiff and his counsel. In addition, plaintiff seeks an order precluding the deposition in whole or in part due to defendant's admission that its expense to take the deposition outweighs the benefits thereof.

Affidavits are appended. A memorandum is filed herewith.

THE PLAINTIFF

Oral argument is not requested

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

[Handwritten marginalia:]
Order: Upon review, plaintiff's motion is GRANTED to Preclude. Defendant is precluded from taking plaintiff's deposition unless it pays amounts set forth by plaintiff and his counsel in lieu of doubt. Defense counsel's high-handed approach to the deposition and failure to pay the customary in these courtesy is regarded to the ensuing deposition to parties are unacceptable in this District. So ordered. WDFtield usmj 9/23/03

TOTAL P.04