AO 458 (Rev. 5/85) Appearance

# United States District Court

_____DISTRICT OF CONNECTICUT_____

EVELINE GOINS

V.

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN and
MARVIN BRANDON

APPEARANCE

CASE NUMBER: 3:02 CV 1069 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendants in the above matter.

Date:  **December 24, 2003**

Signature _____

Sabato P. Fiano
*Print Name*

Kleban & Samor, P.C.
2425 Post Road
*Address*
Southport,          CT          06490
*City*              *State*     *Zip Code*

(203) 254-8969
*Phone Number*

(ct 18879)
*Federal Juris No.*

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of December 2003, to:

>Joanne S. Faulkner, Esq.
>123 Avon Street
>New Haven, CT 06511

_____
Sabato P. Fiano