
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 29  2 34 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| EVELINE GOINS | CIVIL ACTION NO. 3:02 CV 1069 (MRK) |
| vs. | |
| JBC & ASSOCIATES, P.C.<br>JACK H. BOYAJIAN<br>MARVIN BRANDON | DECEMBER 24, 2003 |

## MOTION TO ENLARGE TIME

The Defendants herein move for an enlargement of the time period within which to file an opposition to the Plaintiff's Motion for Summary Judgment, until twenty-one (21) days after the completion of any discovery ordered by the Court pursuant to Defendants' Motion to Compel, filed simultaneously herewith[1], or, alternatively, until January 26, 2004, whichever is later.

The reason for the requested modification is that additional time is needed to resolve

---

[1] Defendant's Motion to Compel was initially filed on December 9, 2003. In fact, the Plaintiff filed a response to the Motion on or about December 18, 2003. Notwithstanding, Plaintiff has asserted the position that the Defendant's Motion to Compel as filed is procedurally improper because, among other reasons, it was filed under the signature of the undersigned, who, at the time the Motion was filed, had not filed an appearance on behalf of the Defendants in this action. As Plaintiff's counsel is well aware, the undersigned has been extensively involved in the defense of this matter, and any failure to file an appearance in this action was a formalistic oversight by virtue of the fact that this is just one of three (3) actions commenced by the Plaintiff against the Defendants in this district, and the undersigned had filed an appearance in the other two pending actions. In any event, to avoid any procedural issues, and in the interests of resolving the parties' discovery disputes on their merits, the Defendant has simultaneously withdrawn its Motion to Compel dated December 9, 2003 and resubmitted its Motion to Compel simultaneously with the appearance of the undersigned. The Motion to Compel as presently filed is identical in substance to the Motion to Compel previously filed on December 9, 2003.

certain disputes concerning outstanding discovery that may be relevant to opposing the Plaintiff's Motion for Summary Judgment. Defendant has filed a Motion to Compel the Plaintiff to appear at a deposition and produce documents responsive to the Defendants' Request for Production. Rulings on Defendant's Motion to Compel could have an effect on Defendant's opposition to the Plaintiff's Motion for Summary Judgment. Indeed, Defendants will be manifestly and irreparably prejudiced with respect to opposing Plaintiff's Motion for Summary Judgment as a result of the Plaintiff's tactics, more fully outlined in the Defendants' Motion to Compel, aimed at denying the Defendants any discovery whatsoever in this action prior to the making or opposing of dispositive motions.[2]

Additionally, additional time is necessary to respond to the Plaintiff's Motion, at least until January 26, 2004, by virtue of the fact that Jonathan D. Elliot, the attorney primarily responsible for handling this matter on behalf of the Defendants, was diagnosed with Hepatitis A on or about December 12, 2003, and has been directed by his physician to remain out of the office and under bed rest for the next 3-4 weeks.

Plaintiff's counsel objects to this Motion to Enlarge.

---

[2] It should be noted that the Court contacted the undersigned on or about December 17, 2003 with respect to scheduling a conference to resolve the issues raised by the Defendant's Motion to Compel. At that time, it was the position of Plaintiff's counsel that she was not available for a conference until after the holidays as a result of visiting family members from out of state, and that no conference was necessary as the Motion to Compel was otherwise procedurally improper.

THE DEFENDANTS,

By: _____
Sabato P. Fiano (Ct 18879)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
(203) 254-8963

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of December 2003, to:

> Joanne S. Faulkner, Esq.
> 123 Avon Street
> New Haven, CT 06511

_____
Sabato P. Fiano

3