UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

~~Telephone~~ Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday January 5, 2004
12:45 p.m.

CASE NO. **3:02cv1069 MRK**   **Goins v JBC & Associates PC, et al**

Jonathan D. Elliot
Kleban & Samor, Pc
2425 Post Rd., Po Box 763
Southport, CT 06490


Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 1/5/04

30 min.