UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                    CASE NO. 3:02CV 1069 (MRK)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                             December  30, 2003
MARVIN BRANDON

PLAINTIFF'S OBJECTION TO SECOND MOTION TO COMPEL

Defendants have filed a second Motion to Compel (Doc. No. 38), evidently superseding

their earlier Motion (Doc. No. 29). Defendants have corrected some of the procedural

deficiencies in the earlier motion. For instance, the nonappearing person who signed the earlier

motion has now filed an appearance and is entitled to file the current motion. However,

defendants cannot correct the undisputed fact that the person who signed the underlying

deposition notices (Def. Ex. A, B), and who issued the underlying discovery request (Def. Ex.

D), was then a nonparty, nonappearing stranger to the case. Thus, the discovery requests are

void and provide no basis for an order to compel.

The current Motion to Compel was filed well after the close of discovery, despite this

Court's express statement of October 8, 2003: "[C]ounsel are cautioned not to expect any

further extensions of the discovery cut-off date." Endorsement Ruling on Doc. No. 28.

Plaintiff maintains the objections previously interposed to the earlier motion (Doc. No.

36) including (1) plaintiff and her counsel appeared at a duly noticed deposition in Goins v.

Brandon , Civil No. 3:02CV 1537 (AVC) on August 27, 2003, but defendant refused to take the

deposition; (2) plaintiff filed a summary judgment motion relating to defendants' letter (Doc.

No. 32), so that plaintiff's testimony is unnecessary; (3) document production is moot, since the

only document involved is appended to plaintiff's summary judgment affidavit; (4) depositions

are ordinarily precluded absent good cause in FDCPA cases (appending cases which defendants

have not addressed in their current motion); defendants' motion is untimely (also not

addressed). Edberg v. CPI, Inc., 2000 WL 1844651 (D. Conn. 2000).

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net

    This is to certify that the foregoing was mailed on December 31, 2003, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

_____
Joanne S. Faulkner