UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:02cv1069 (MRK) |
| | : | |
| JBC & ASSOCIATES, P.C., | : | |
| JACK H. BOYAJIAN, | : | |
| MARVIN BRANDON, | : | |
| | : | |
| Defendants. | : | |

## ENDORSEMENT AND SCHEDULING ORDER

The Court having conferred with the parties on January 5, 2004 in the above-captioned matter, the following is hereby ordered:

1) The defendants' Motions to Compel Deposition and Document Production from Plaintiff [doc. ## 29 and 38] are DENIED. Insofar as the Motions seek production of documents, the Motions are moot in view of the fact that plaintiff attached to her Local Rule 56(a) Statement [doc. #34] filed in conjunction with her Motion for Partial Summary Judgment [doc. #32] the only written communication between plaintiff and defendants pertinent to this lawsuit, and plaintiff, through her counsel, represented to the Court and defendants' counsel at the January 5 conference, that plaintiff does not intend at trial to rely on any other written communications between the parties. Insofar as the Motions seek to compel plaintiff to appear for a deposition, the Motions are denied on the ground that there is not good grounds for taking the deposition in view of the fact that plaintiff, through her counsel, represented to the Court and defendants' counsel at

the January 5 conference that plaintiff has no actual damages and seeks only statutory and punitive damages, as well as attorney's fees and equitable relief;

2) The Motion to Modify Scheduling Order [doc. #31] is GRANTED insofar as the parties shall have until **January 30, 2004** to complete the following discovery: defendants will be permitted to file a single interrogatory seeking the factual basis for plaintiff's claim for punitive damages; and plaintiff shall take the deposition of Mr. Boyajian. In all other respects, the Motion is DENIED;

3) Defendants' Motion to Enlarge Time [doc. #40] in which to file its opposition to Plaintiff's Motion for Summary Judgment [doc. #32] is GRANTED. Defendants shall file their opposition no later than **February 17, 2004**, and the plaintiff shall file a reply in accordance with the deadlines provided by the Local Rules.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 6, 2004.