UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                          CASE NO. 3:02CV 1069 (MRK)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                            September 14, 2004
MARVIN BRANDON

PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff respectfully moves the Court to reconsider its Ruling at 8 regarding reference to civil proceedings, since it overlooks the plain language of the Fair Debt Collection Practices Act as well as longstanding Second Circuit Authority. Plaintiff also moves for reconsideration of the Ruling at 10-11 regarding CUTPA because it appears to be internally inconsistent with the Ruling that defendants overstated the amount of the debt.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on September 13, 2004, postage prepaid, to:

Sabatino Fiano
Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

____/s/ Joanne S. Faulkner___
Joanne S. Faulkner