UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1069 (MRK) |
| vs. | : | |
| JBC & ASSOCIATES, P.C. | : | |
| JACK H. BOYAJIAN | : | |
| MARVIN BRANDON | : | MARCH 11, 2005 |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned hereby moves, pursuant to Rule 7(e) of the Local Rules of the District Court, that attorneys Jonathan D. Elliot and Sabato P. Fiano be permitted to withdraw as counsel for the defendants, JBC & Associates, P.C., Jack Boyajian and Marv Brandon.  Defendants have notified their current counsel that they have elected to replace them with other counsel, who the undersigned believes is about to file an appearance.  Replacement counsel has been identified as Edward Shelton and Peter R. Reynolds of MacDermid Reynolds & Glissman of 86 Farmington Avenue, Hartford, Connecticut.  Defendants have requested that the undersigned take no further action on their behalf.

In accordance with Local Rule 7(e) a copy of this motion and the notice attached hereto has been sent, by Federal Express and certified mail to the defendants at the addresses indicated in the attached certification.

WHEREFORE, the undersigned requests that this motion to withdraw as counsel be granted and that defendants be notified of such withdrawal.

_____
JONATHAN D. ELLIOTct05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8969

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed postage prepaid this 11th day of March, 2005, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

and via Federal Express and certified mail, return receipt requested, to:

Jack Boyajian, Esq.
JBC & Associates, P.C.
2 Broad Street, 6th Floor
Bloomfield, New Jersey  07003 (individually and for JBC and Associates)

Marv Brandon, Esq.
JBC & Associates, P.C.
2 Broad Street, 6th Floor
Bloomfield, New Jersey  07003

                                        _____
                                        Jonathan D. Elliot

## NOTICE

Pursuant to Local Rule 7(e) of the Rules for the United States District Court of the District of Connecticut, defendants JBC & Associates, P.C., Jack Boyajian and Marv Brandon, are hereby advised that:

If the attached motion is granted, failure to either engage successor counsel or file a pro se appearance, as appropriate, may result in a default being entered against you.