UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

EVELINE GOINS  :
    Plaintiff,  :
                                  :    CIVIL ACTION NO.
v.  :    3:02-CV-01069 (MRK)
                                  :
JBC & ASSOCIATES, P.C., ET AL.  :
    Defendants.  :    MAY 19, 2005

## APPEARANCE

To the Clerk of this court and all parties of record, please enter our appearance as counsel in this case for all the defendants in lieu of any appearances already on file.

                                              DEFENDANTS,
                                              JBC & ASSOCIATES, P.C., et al.

By: _____
       Peter R. Reynolds
       Federal Bar Number (ct06535)
       preynolds@mrglaw.com

_____
Edward S. Shelton
Federal Bar Number (ct19722)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
eshelton@mrglaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was forwarded via first class mail, postage prepaid this 19th day of May, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

Jonathan D. Elliot, Esq.
Kleban & Samor PC
2425 Post Road
PO Box 763
Southport, CT 06490-0763

_____
Peter R. Reynolds