UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS<br>    Plaintiff,<br><br>v.<br><br>JBC & ASSOCIATES, P.C., ET AL.<br>    Defendants. | :<br>:<br>:  CIVIL ACTION NO.<br>:  3:02-CV-01069 (MRK)<br>:<br>:<br>:  MAY 19, 2005 |

### STATUS REPORT

In accordance with the Court's order of May 10, 2005, the defendants submit the following status report:

1. The undersigned is filing his appearance for all the defendants in this matter simultaneously with this status report.

2. Defendants would consent to trial of any remaining issues in the case before a Magistrate Judge.

DEFENDANTS,
JBC & ASSOCIATES, P.C., et al.

By: _____
Peter R. Reynolds
Federal Bar Number (ct06535)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
preynolds@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing Status Report was forwarded via first class mail, postage prepaid this 19th day of May, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

_____
Peter R. Reynolds