UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN -9 P 3: 03

EVELINE GOINS,

          Plaintiff,

v.

          No. 3:02cv1069 (MRK)

JBC & ASSOCIATES, P.C.,
JACK H. BOYAJIAN,
MARVIN BRANDON,

          Defendants.

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

| Signatures | Date |
|---|---|
| [signature] | 5-27-05  plaintiff |
| Peter Munger  for defendants | May 31, 2005 |

Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge William I. Garfinkel for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

This matter has been transferred to a magistrate judge. All future filings should be filed at the seat of court where the magistrate judge sits and the case number must be followed by the magistrate judge's initials.

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 1, 2005