UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                          CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                            September 8, 2005
MARVIN BRANDON

## PLAINTIFF'S FEE APPLICATION

Plaintiff applies for an award of fees against defendants in the sum of $19,271. Plaintiff prevailed on her motion for partial summary judgment, and defendants agreed to pay $1,500 to plaintiff, more than the maximum statutory damages. Plaintiff also requests $156 in expenses, including filing and parking costs. Counsel submits a memorandum and an affidavit as to time and experience herewith.

                                            THE PLAINTIFF


                                            BY____/s/ Joanne S. Faulkner_____
                                            JOANNE S. FAULKNER ct04137
                                            123 Avon Street
                                            New Haven, CT 06511-2422
                                            (203) 772-0395

                    Certificate of Service

I hereby certify that on July 19, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            ____/s/ Joanne S. Faulkner___
                                            JOANNE S. FAULKNER ct04137