UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELINE GOINS | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-CV-01069 (MRK) |
| | : | |
| JBC & ASSOCIATES, P.C., ET AL. | : | |
|     Defendants. | : | SEPTEMBER 26, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S FEE APPLICATION**

The defendants respectfully move this Court for an additional thirty (30) days, until October 29, 2005, within which to respond to plaintiff's fee application dated September 8, 2005. As grounds for this request, the defendants represent that they need further time in which to evaluate plaintiff's application and formulate its response. Plaintiff's counsel has consented to the granting of this motion.

WHEREFORE, the defendants respectfully move that the Court extend the time to file a response to plaintiff's fee application until October 29, 2005.

DEFENDANTS,

By: _____
Peter R. Reynolds
Federal Bar Number (ct06535)
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel. (860) 278-1900
Fax (860) 547-1191
preynolds@mrglaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension was forwarded via first class mail, postage prepaid this 26th day of September, 2005 to the following counsel of record:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

_____
Peter R. Reynolds