UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EVELINE GOINS

       v.                                            3:02CV1069 WIG

JBC & ASSOCIATES, P.C.,
JACK H. BOYAJIAN and
MARVIN BRANDON

## J U D G M E N T

This matter came on before the Honorable William I. Garfinkel, United States Magistrate Judge, after a Consent to Proceed Before a U.S. Magistrate was entered on June 1, 2005, as a result of plaintiff's motion for costs and fees.

On September 3, 2004, summary judgment was entered for the plaintiff on two FDCPA claims and settlement was reached as to damages, therefore the Court found that the plaintiff is the "prevailing party". The Court has reviewed all of the papers filed in conjunction with the motion for costs and fees, and on November 28, 2005, entered a Ruling granting plaintiff's motion in part in the amount of $16,518.00 attorney's fees, in the amount of $156.00 in costs, and directed the Clerk to enter judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff and attorneys fees are awarded in the amount of $16,518.00, costs are awarded in the amount of $156.00, for a total award of $16,674.00.

Dated at Bridgeport, Connecticut, this 1st day of December, 2005.

                                              KEVIN F. ROWE, Clerk

                                              By     /s/Chrystine W. Cody
                                                     Deputy-in-Charge

Entered on Docket _____