MAY 2 2006

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAY -2 A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT CT

EVELINE GOINS

CIVIL ACTION NO.    3:02CV 1069  (WIG)

JBC & ASSOCIATES, P.C.

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

Plaintiff moves this Court to appoint __Nancy Marino__, a qualified person over eighteen (18) years of age, residing in __New Britain__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __New Haven__, Connecticut, this __/__ day of __May, 2006__, _____.

_____
Attorney for Plaintiff
/s/ Joanne S. Faulkner ct04137
123 Avon St, New Haven CT 06511

SO ORDERED.

KEVIN F. ROWE, CLERK

By:_____
_____Deputy Clerk

Dated:_____, _____

Procedure\process.apt\Rev.9/99