UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                          CASE NO. 3:02CV 1069  (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON                              June 16, 2006


PLAINTIFF'S MOTION FOR TURNOVER ORDER

Pursuant to the Execution herein, plaintiff served Western Union Financial

Services with a garnishment. The marshal's return is filed herewith. Western Union,

licensed under the Connecticut Non-Depository Financial Institutions laws, did not

timely make or file a claim for determination of interests in the money it regularly

receives for defendant JBC, which JBC can draw down at will. Western Union had

previously honored court-ordered garnishments. Recently Western Union decided to

abet its subscribers' defiance of court orders by protecting them from judgments on

the tenuous legal theory, which it did not assert herein, that money it is obliged to

turn over to its Quick Collect Subscribers such as JBC does not belong to the

Subscribers.

Plaintiff moves for an order that Western Union pay to plaintiff the amounts it

had received under directions to pay it to JBC as of the date of the garnishment.

Conn. Gen. Stat. §42-356b

THE PLAINTIFF


BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net


This is to certify that the foregoing was mailed on June 16, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

David Finkler
266 Harristown Rd
Glen Rock NJ 07452


__/s/ Joanne S. Faulkner___
Joanne S. Faulkner