UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAY -2 A 11: 58

DISTRICT COURT
BRIDGEPORT, CONN

WRIT OF EXECUTION
(APPLICATION)

EVELINE GOINS
      Plaintiff

v.

JBC & ASSOCIATES, P.C.
      Defendant

Civil No. 3:02CV 1069 (WIG)

DATE OF JUDGMENT:

12/1/2005

ADDRESS OF COURT:
915 Lafayette Blvd Bridgeport CT

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:
Eveline Goins

NAME OF JUDGMENT DEBTOR:
JBC & Associates, P.C.

1. AMOUNT OF JUDGMENT: $16,518
2. AMOUNT OF COSTS: 156.00
3. AMOUNT OF INTEREST (if applicable): 4.33% per annum
4. TOTAL JUDGMENT AND COSTS: 16,674.00
5. TOTAL PAID ON ACCOUNT: 0
6. TOTAL UNPAID JUDGMENT:

SIGNED:

_Joanne S Faul_      5/1/06
Name of Attorney or party making application     Date

Joanne S. Faulkner ct04137

123 Avon Street

New Haven CT 06511  203 772 0395
Address and Phone Number

(Rev. 10/27/04)

# INSTRUCTIONS FOR WRIT OF EXECUTION
## (APPLICATION)

Name and mailing address of Judgment Creditor or attorney

Joanne S. Faulkner, 123 Avon St, New Haven CT 06511

PLAINTIFF OR PLAINTIFF'S ATTORNEY - Type or Print. Complete original and 4 copies of the Application. If judgment debtor is a natural person, attach copy of Exemption Form. Present original and 3 copies to Clerk of Court.

CLERK - Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal of the judgment has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; original and copies to the applicant. Retain a copy for the file.

MARSHAL - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption form to copy(ies) of execution served. Complete Section II on exemption claim form.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to mail to the judgment debtor (indicated on reverse side) at his last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the marshal property owned by the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the marshal when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON - Pursuant to Conn. Gen. Stat. § 52-356a, you are required to deliver to the marshal, property in your possession owned by the judgment debtor or pay to the marshal the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the marshal when the debt becomes due within four months after the date of issuance of this execution.

3:02cv1069 (WIG)

## EXECUTION

TO ANY PROPER OFFICER:

     Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the Judgment Debtor before the Court for the amount stated, as appears of record, whereof execution remained to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the Judgment Debtor, and make demand for payment by the Judgment Debtor of all sums due under the money judgment. On failure of the Judgment Debtor to make immediate payment you are commanded to levy on nonexempt personal property of the Judgment Debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt property is in the possession of the Judgment Debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the Judgment Debtor has left the state prior to service of this execution, or if the Judgment Debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the Judgment Debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

     On failure of the Judgment Debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the Judgment Debtor in the Judgment Debtor's possession and, if the Judgment Debtor has left the state prior to service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the Judgment Debtor's last known address in this state and on any agent or attorney of the Judgment Debtor of record with the United States District Court, District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property or debt due said Judgment Debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Conn. Gen. Stat. § 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution; with your doings endorsed thereon, on the third person upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.

NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY AN PROPER OFFICER PURSUANT TO THIS EXECUTION.

WITNESS THE HONORABLE

_____
UNITED STATES DISTRICT JUDGE
KEVIN F ROWE

DATE: MAY 0 5 2006

_____
CLERK OF THE COURT

*Tasha Simpson* (signature)
_____
DEPUTY CLERK

RETURN OF SERVICE

STATE OF CONNECTICUT   :
                       :   ss:
COUNTY OF              :

On the _____ day of _____, 20 __, then and there I duly served the foregoing application, order and execution on _____ *(see attached* by leaving with or at the usual place of abode of _____ *return of service)* a true and attested copy of the original application, order and execution.

Attest: _____
Proper Officer

_____
Title

STATE OF CONNECTICUT　}
　　　　　　　　　　　　　} SS HARTFORD, MAY 10, 2006
COUNTY OF HARTFORD　}

**Civil Action No. 3:02CV2069 (WIG)**

    Then and by virtue hereof, on the 10th day of May, 2006, by direction of the plaintiff's attorney and a court order, I garnished the account of the within named defendant, **JBC & ASSOSCIATES, P.C.,** by leaving a verified true and attested copy of the within original **Writ Of Execution (Application),** with and in the hands of Luz Marquis, Special Assistant for Corporation Service Company, Agent For Service for the within named, **WESTERN UNION FINANCIAL SERVICES, INC.,** at 50 Weston Street, in the City of Hartford.

    Afterwards on the 31st day of May, 2006, and by the direction of the plaintiff's attorney, I deposited in the Post Office in Hartford, postage paid and certified, return receipt requested, a verified true and attested copy of the within original **Writ Of Execution (Application),** with my doings thereon endorsed, addressed to the within named defendant, **JBC & Associates, P.C.,** 2 Broad Street, 7th Floor, Bloomfield, NJ 07003.

<u>SUPPLEMENTAL RETURN TO FOLLOW</u>

    The within is the original **Writ Of Execution (Application),** with my doings hereon endorsed.

| FEES: | | ATTEST: |
|---|---|---|
| Pages | $ 10.00 | *Nancy F. Marino* |
| Endorsements | 2.00 | NANCY F. MARINO |
| Service | 40.00 | STATE MARSHAL |
| Travel | 4.45 | HARTFORD COUNTY |
| Postage | 4.88 | |
| Total | $ 61.33 | |

CIVIL NO. 3:02CV 1069 (WIG)

EVELINE GOINS

v.

JBC & ASSOCIATES, P.C.

_____

## SUPPLEMENTAL RETURN

Afterwards I received the return receipt hereto annexed. (**JBC & Associates, P.C.**)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Deborah_____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 6/05/06 |
| 1. Article Addressed to:<br><br>JBC & Associates PC<br>2 Broad Street, 7th Floor<br>Bloomfield, NJ 07003 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0005 8261 0526 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

ATTEST:

_Nancy F. Marino_
NANCY F. MARINO
STATE MARSHAL
HARTFORD COUNTY

## LAW OFFICES OF DAVID J. FINKLER, P.C.
Attorney and Counselors at Law

E-Mail : LawDJF@superlink.net

Reply to: ☒
New Jersey Office:
266 Harristown Road
Glen Rock, N.J. 07452
(201) 689-0001
Fax (201) 689-1311

Reply to: ☐
New York Office:
c/o Finder & Cuomo
9 East 38th Street
New York, N.Y. 10016
(212) 675-3520
Fax (212) 448-9943

Of Counsel:
Howard A. Suckle

June 9, 2006

State Marshal Nancy Marino
PO Box 340578
Hartford, CT 06134-0578

RE: EXECUTION AGAINST WESTERN UNION
 GOINS v. JBC & ASSOC. – Docket No. 3:02CV 2069 (WIG)

Dear Marshal Marino:

Please be advised that I am counsel to Western Union Financial Services, Inc. Western Union has received your execution dated May 10, 2006 and must reject the same. Western Union is not holding any funds of JBC & Assoc. JBC acts as an agent of Western Union and receives funds provided to Western Union by third party consumers.

Based upon the foregoing Western Union does not possess any funds of the defendant.

Very truly yours,

David J. Finkler
cc: Linda Hundon, Esq.