UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS | : |
| | : |
| Plaintiff, | : CASE NO. 3:02-CV-01069-WIG |
| | : |
| VS. | : |
| | : |
| JBC & ASSOCIATES, P.C. | : |
| JACK H. BOYAJIAN | : |
| MARVIN BRANDON | : |
| Defendants. | : JULY 7, 2006 |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for Western Union Financial Services, Inc. a Garnishee, in the above-entitled action:

Richard B. Polivy, Esq.
Polivy & Taschner, LLC
Six Central Row
P.O. Box 230294
Harford, CT 06123-0294
(860) 560-1180
Federal Bar No. ct07336

Dated at Hartford, Connecticut this 7th day of July, 2006.

By: _____
Richard B. Polivy, Esq.
Counsel for the Garnishee, Western Union
Financial Services, Inc.
Polivy & Taschner, LLC
Six Central Row
Hartford, CT 06103
(203) 560-1180
Federal Bar No. ct07336

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS | : |
| | : |
| Plaintiff, | : CASE NO. 3:02-CV-01069-WIG |
| | : |
| VS. | : |
| | : |
| JBC & ASSOCIATES, P.C. | : |
| JACK H. BOYAJIAN | : |
| MARVIN BRANDON | : |
| Defendants. | : JULY 7, 2006 |

### CERTIFICATE OF SERVICE

This is to certify that copies of the Notice of Appearance were mailed, postage prepaid, on this 7th day of July, 2006 to:

Joanne Faulkner, Esq.
123 Avon Street
New Haven, Connecticut 06511

Edward S. Shelton, Esq.
MacDermid, Reynolds & Glissman
86 Farmington Avenue
Hartford, CT 06105

Peter Reynolds, Esq.
MacDermid, Reynolds & Glissman
86 Farmington Avenue
Hartford, CT 06105

Richard B. Polivy, Esq.
Federal Bar No. ct07336