UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS | : |
| Plaintiff, | : CASE NO. 3:02-CV-01069-WIG |
| VS. | : |
| JBC & ASSOCIATES, P.C.<br>JACK H. BOYAJIAN<br>MARVIN BRANDON | : |
| Defendants. | : JULY 7, 2006 |

### WESTERN UNION FINANCIAL SERVICES, INC. REQUEST FOR HEARING ON ITS OBJECTION TO PLAINTIFF'S MOTION FOR TURNOVER ORDER

Western Union Financial Services, Inc., a non-party to the subject litigation, but having been served with a post judgment garnishment/attachment, by and through its undersigned counsel, has filed an Objection to Plaintiff's Motion for a Turnover Order. Western Union Financial Services, Inc. requests that a hearing be scheduled and held on the issues raised in its Objection.

RESPECTIVELY SUBMITTED

By: *(signature)*
Richard B. Polivy, Esq.
Counsel for Western Union Financial Services, Inc.
Polivy & Taschner, LLC
Six Central Row
Hartford, CT 06103
(860) 560-1180
Federal Bar No. ct07336

David J. Finkler, Esq.
Counsel for Western Union Financial Services, Inc.
Law Offices of David J. Finkler, P.C.
266 Harristown Road, Suite 204
Glen Rock, New Jersey 07452
(201) 689-0001

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS | : |
| Plaintiff, | : CASE NO. 3:02-CV-01069-WIG |
| VS. | : |
| JBC & ASSOCIATES, P.C.<br>JACK H. BOYAJIAN<br>MARVIN BRANDON | : |
| Defendants. | : JULY 7, 2006 |

CERTIFICATE OF SERVICE

This is to certify that copies of the Request for Hearing on Western Union Financial Services, Inc. Objection to Plaintiff's Motion For Turnover Order were mailed, postage prepaid, on this 7th day of July, 2006 to:

Joanne Faulkner, Esq.
123 Avon Street
New Haven, Connecticut 06511

Edward S. Shelton, Esq.
MacDermid, Reynolds & Glissman
86 Farmington Avenue
Hartford, CT 06105

Peter Reynolds, Esq.
MacDermid, Reynolds & Glissman
86 Farmington Avenue
Hartford, CT 06105

Richard B. Polivy, Esq.
Counsel for Western Union Financial Services, Inc.
Polivy & Taschner, LLC
Six Central Row
Hartford, CT 06103
(860) 560-1180
Federal Bar No. ct07336