UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                    CASE NO. 3:02CV 1069  (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON                        July 14, 2006

PLAINTIFF'S MOTION TO COMPEL
DISCOVERY: NO OBJECTIONS

     Pursuant  to Fed. R. Civ. P. 37(a), 33(b),  34(b) and 6(b)(2), Plaintiff moves to compel

defendants (a law firm and two individuals admitted to practice law in other states and thus

subject to ethical mandates of Rules of Professional Conduct 8.4(4)), to respond  to post-

judgment interrogatories served on March 23, 2006. Defendants have not paid the judgment

and neither responded nor objected within the time limited by the Federal Rules. Defendants

thus waived any objection. Fed. R. Civ. P. 33(b), 34(b).

THE PLAINTIFF

ORAL ARGUMENT IS
NOT REQUESTED

     BY_____/s/ Joanne S. Faulkner___
     JOANNE S. FAULKNER  ct04137
        123 Avon Street
      New Haven, CT 065l1
       (203) 772-0395
       j.faulkner@snet.net

This is to certify that the foregoing and attached was mailed on July 13, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

Richard Polivy
Polivy & Taschner
Six Central Row
Hartford CT 06103

_____/s/ Joanne S. Faulkner_____
Joanne S. Faulkner