UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON  July 14, 2006

PLAINTIFF'S MEMORANDUM RE MOTION TO COMPEL
UNOBJECTED-TO DISCOVERY

On March 23, 2006, plaintiff served discovery requests on defendants. Defendants did not respond, object, or seek an extension of time.

The failure to serve a proper objection on opposing counsel within the time limited by the rules waives any objection. *E.g.*, Chubb Integrated Systems v. National Bank, 103 F.R.D. 52 (D.C. 1984). Absent timely objection, a defendant is obligated to provide the requested discovery without court order. Penthouse International Ltd. v. Playboy Enterprises, Inc., 663 F.2d 371 (2d Cir. 1981).

In granting a similar motion in like circumstances, Judge Dorsey ruled "Though plaintiff has not shown a detailed compliance with Local Rule 9, where there is an unexplained failure to comply with disclosure requests that are unobjected to, there is little to discuss." Rosa v. Gramatan Investors Corp., Civil No. N-86-170 (D. Conn. Aug. 19, 1986).

CONCLUSION

Since defendants did not respond to discovery requests, the Motion to Compel should be granted in all respects. "District courts should not countenance 'purposeful

sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." <u>Residential Funding Corp. v. DeGeorge Financial Corp.</u>, 306 F.3d 99 (2d Cir. 2002).

           THE PLAINTIFF

          BY__/s/ Joanne S. Faulkner___
           JOANNE S. FAULKNER ct04137
            123 Avon Street
            New Haven, CT 065l1
            (203) 772-0395
            j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 13, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

Richard Polivy
Polivy & Taschner
Six Central Row
Hartford CT 06103

          __/s/ Joanne S. Faulkner__
           Joanne S. Faulkner