UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                              CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON                  July 14, 2006

### LOCAL RULE 37 AFFIDAVIT RE UNOBJECTED-TO DISCOVERY

I certify, pursuant to 28 U.S.C. §1746, that I have reminded defendants' counsel on several occasions that the responses were overdue. Defendants have not responded. It is apparent that an order is necessary to obtain the information.

There is no known dispute as to the contents of the unobjected-to discovery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2006.

                ____/s/ Joanne S. Faulkner__
                JOANNE S. FAULKNER ct04137
                123 Avon Street
                New Haven, CT 065l1
                (203) 772-0395
                j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 13, 2006, postage prepaid,

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

Richard Polivy
Polivy & Taschner
Six Central Row
Hartford CT 06103

                ____/s/ Joanne S. Faulkner___
                  Joanne S. Faulkner