UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS<br>　　　　　Plaintiff, | CASE NO. 3:02-CV-01069-WIG |
| VS. | |
| JBC & ASSOCIATES, P.C.<br>JACK H. BOYAJIAN<br>MARVIN BRANDON<br>　　　　　Defendants. | AUGUST 8, 2006 |

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

Western Union Financial Services, Inc. ("WU"), by its attorneys, hereby moves that David J. Finkler, Esquire be admitted to appear in this action *Pro Hac Vice* to represent the interests of WU.

As reflected in the attached Affidavit of David J. Finkler, Attorney Finkler is a member of the bar of the State of New Jersey, and the United States District Court for the District of New Jersey. Attorney Finkler is an attorney with in his own practice which is located at 266 Harristown Road, Glen Rock, New Jersey 07452. Attorney Finkler has not been denied admission or disciplined by this Court or any other court. Attorney Finkler has an established attorney-client relationship with WU which pre-dates the matters before this Court. The granting of this motion will not require modification of any scheduling orders in this case or the deadlines established by any standing orders on scheduling in bankruptcy cases.

WHEREFORE, it is respectfully requested that David J. Finkler, Esquire be admitted *Pro Hac Vice* in this matter.

By: /s/ Richard B. Polivy
Richard B. Polivy, Esq.
Federal Bar No. ct07336
Polivy & Taschner, LLC
Six Central Row
Hartford, CT 06103
Telephone No. (860) 560-1180
Facsimile No. (860) 560-1354
Email: rpolivy@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS<br>　　　　Plaintiff, | CASE NO. 3:02-CV-01069-WIG |
| VS. | |
| JBC & ASSOCIATES, P.C.<br>JACK H. BOYAJIAN<br>MARVIN BRANDON<br>　　　　Defendants. | AUGUST　, 2006 |

### ORDER

The foregoing Motion to Admit Pro Hac Vice, having been presented to the Court, it is hereby ORDERED that the Motion be GRANTED and that Attorney David J. Finkler, an attorney with his own practice, 266 Harristown Road, Glen Rock, New Jersey 07452 is hereby admitted to this Court for the purpose of representing the Garnishee, Western Union Financial Services, Inc. in this action and that Attorney Finkler shall pay the appropriate filing fee with the Clerk's office forthwith.

　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　_____
　　　　　　　　　　　　Judge/Clerk