UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS,<br><br>         Plaintiff,<br>VS.<br><br>JBC & ASSOCIATES, P.C., ET. AL.,<br>         Defendants. | CASE NO. 3:02-CV-01069-WIG<br><br><br><br><br><br>**AFFIDAVIT IN SUPPORT OF APPLICATION OF DAVID J. FINKLER FOR ADMISSION PRO HAC VICE** |

STATE OF NEW JERSEY  )
                     )  SS.:
COUNTY OF BERGEN     )

David J. Finkler, Esq., being duly sworn, deposes and states as follows:

1. I am an attorney at law duly admitted to practice in the States of New Jersey and New York.

2. I have an office for the transaction of business located at 266 Harristown Road, Suite 203, Glen Rock, New Jersey. My telephone number is 201-689-0001; fax number 201-689-1311 and e-mail address lawdjf@superlink.net.

3. I was admitted to practice before the Federal Courts in the State of New Jersey in March of 1987.

4. I was admitted to practice before the United States District Court for the Northern District of New York in March of 1987 and in the Southern and Eastern Districts of New York in April of 1987.

5. I have never been denied admission to practice in any state and, in fact, have been admitted pro hac vice on behalf of Western Union in many states including Massachusetts, Florida, California, North Carolina, Utah and others.

6. I am in good standing in both New York and New Jersey. Annexed hereto is a certificate of good standing from the District Court of the State of New Jersey.

7. I have never been disciplined by any District Court, or any other Court, nor have I been censured, fined, penalized or otherwise punished.

8. I am familiar with the Rules of Court for Connecticut and will abide by the same.

WHEREFORE, it is respectfully requested that this Court grant my application for admission pro hac vice in this matter.

_____
David J. Finkler

On the 4TH day of August, 2006 appeared before me David J. Finkler who I knew to be said individual and who placed his signature upon this document.

_____
Notary Public of the
State of New Jersey

JAMIE L. RINALDI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 15, 2009

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**DISTRICT OF NEW JERSEY**

    I, WILLIAM T. WALSH, *Clerk of the United States District Court for the District of New Jersey,*

    DO HEREBY CERTIFY that *David J. Finkler* was duly admitted to practice in said Court on *March 2, 1987* and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: August 2, 2006

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.*