UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELYN GOINS<br>   Plaintiff, | CASE NO. 3:02-CV-01069-WIG |
| VS. | |
| JBC & ASSOCIATES, P.C.<br>JACK H. BOYAJIAN<br>MARVIN BRANDON<br>   Defendants. | AUGUST 8, 2006 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Motion To Admit Attorney Pro Hac Vice dated August 8, 2006 and the Proposed Order thereon have been mailed via U.S. first-class mail, postage prepaid this 8th day of August, 2006 to the following:

Joanne S. Faulkner, Esq.
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

Peter R. Reynolds, Esq.
MacDermid, Reynolds & Glissman
86 Farmington Ave.
Hartford, CT 06105

By: _____
Richard B. Polivy, Esq.
Federal Bar No. ct07336
Polivy & Taschner, LLC
Six Central Row
Hartford, CT 06103
Telephone No. (860) 560-1180
Facsimile No. (860) 560-1354
Email: rpolivy @aol.com