UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                    CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                                      September 25, 2006
MARVIN BRANDON

## MOTION FOR ORDER TO SHOW CAUSE

Plaintiff moves for an order directing defendants, a law firm and attorneys admitted to practice in California (Boyajian) and New Jersey (Brandon), to show cause why each should not be found in civil contempt for failure to comply with this Court's Order (Doc. No. 90) that each respond to post-judgment interrogatories, and for failure to pay the judgment entered by this Court (Doc. No. 76). 18 U.S.C. § 401(3); Fed. R. Civ. P. 37(b).

Plaintiff respectfully requests this Court to issue an Order directing each Defendant to appear before this Court at a time and place to be fixed in said Order, to show cause why he should not be adjudged in civil contempt of this Court; and THEREAFTER, (a) issue an Order adjudging each defendant in civil contempt of this Court's Order and Final Judgment, and further:

(b) Order and direct each defendant forthwith to comply therewith; and further

(c) Impose upon each defendant a fine of up to $1,000 for every day after this Court's Order that defendant fails to carry out the directions of this Court;

      (d) Order and direct that a copy of any Order herein be served upon the appropriate Bar disciplinary entity for the States of New Jersey (Brandon) and California (Boyajian) for such action as it deems appropriate pursuant to the Rules of Professional Conduct including Rule 8.4(4).

      (e) Issue such further orders as the nature of the case may require and as the Court may deem just and proper to compel obedience to and compliance with the orders and decrees of this Court; and

      (f) Grant to the plaintiff the costs and fees of maintaining this proceeding.

                                 THE PLAINTIFF

                                   BY____/s/ Joanne S. Faulkner_____
                                   JOANNE S. FAULKNER ct04137
                                   123 Avon Street
                                   New Haven, CT 06511-2422
                                   (203) 772-0395

      This is to certify that the foregoing was mailed on September 22, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                                   __/s/ Joanne S. Faulkner_____
                                   Joanne S. Faulkner