UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                              CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                                September 25, 2006
MARVIN BRANDON

<u>MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE</u>

Defendant attorneys have refused to comply with the judgment of this Court by paying the judgment with statutory interest, and refused to comply with a specific order directing each to respond to post-judgment interrogatories. Pursuant to Fed. R. Civ. P. 37(b)(2) and –(c)(1), "A federal district court possesses broad inherent power to protect the administration of justice by levying sanctions in response to abusive litigation practices." <u>Penthouse Intern., Ltd. v. Playboy Enterprises, Inc</u>., 663 F.2d 371, 386 (2d Cir. 1981). The predicate for imposition of sanctions pursuant to Rule 37(b) is failure to obey a lawful order from this court. "Provided that there is a clearly articulated order of the court requiring specified discovery, the district court has the authority to impose Rule 37(b) sanctions for noncompliance with that order." <u>Daval Steel Products, a Div. of Francosteel Corp. v. M/V Fakredine</u>, 951 F.2d 1357, 1363 (2d Cir. 1991).

Here, where defendants are attorneys and a law firm, the violations are particularly offensive to the system of justice which attorneys are sworn to uphold.

## CONCLUSION

An order to show cause should enter as requested, so that defendant attorneys can show cause why they should not be held in contempt and why the requested orders should not issue.

                                THE PLAINTIFF

                                BY____/s/ Joanne S. Faulkner___
                                JOANNE S. FAULKNER ct04137
                                123 Avon Street
                                New Haven, CT 06511-2422
                                (203) 772-0395
                                j.faulkner@snet.net

This is to certify that the foregoing was mailed on September 22, 2006, postage prepaid, to:

Peter Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Ave
Hartford CT 06105

                                __/s/ Joanne S. Faulkner_____
                                Joanne S. Faulkner