# United States District Court

_____ DISTRICT OF _____

Eveline Goins
v.
Western Union Financial, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02 CV 1069 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Joanne Faulkner | David J. Finkler |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-12-06 | J. Fazekas | C. Sanders |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ |  |  |  | Steve Garrity – Native, Mass |
|  | A |  | 10/12 | 10/12 | Writ of Execution  S.G. |
|  | C |  | 10/12 | 10/12 | Quick Collect Application  S.G. |
|  | D |  | 10/12 | 10/12 | Summary Activity Report  S.G. |
|  | E |  | 10/12 | 10/12 | To send A Payment VIA Quick Collect Form  S.G. |
| 1 |  |  | 10/12 |  | Letter dated 6-9-06 |
| 2 |  |  | 10/12 |  | Certification dated 9-15-06 |
| 3 |  |  | 10/12 |  | List of Cases Filed Against JBC |
| 4 |  |  | 10/12 |  | List of Cases In State Court of Gwinnet County |
| 5 |  |  | 10/12 |  | Assurance of Voluntary Compliance |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages