IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ROBIN A. NUCKLES, | ) |
|     Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) |
| | ) FILE NO. 05-C-07357-S5 |
| COMMERCIAL CHECK CONTROL, INC., | ) |
|     Defendant, | ) |
| and | ) |
| WESTERN UNION FINANCIAL SERVICES, INC., | ) |
|     Garnishee. | ) |

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA
05 NOV 16 PM 3:16
TOM LAWLER, CLERK

### ORDER DENYING TRAVERSE; ORDER DISMISSING GARNISHMENT ACTION

THIS MATTER came before the Court for hearing October 13, 2005 on Plaintiff's Traverse of Garnishee's Answer. Counsel for Plaintiff and counsel for Garnishee appeared; Defendant did not appear. Having heard argument, and having considered the evidence presented, the pleadings and all matters of record, the Court finds as follows:

    Plaintiff failed to prove that Garnishee owed any debt to Defendant that would be subject to garnishment. Plaintiff also failed to prove that Garnishee possessed or controlled money, property or effects of Defendant that were subject to garnishment. Based on the foregoing it is

    ORDERED that the Traverse of Plaintiff is DENIED; Plaintiff's garnishment

action is DISMISSED; and Garnishee is released from filing further answers in this action.

SO ORDERED this 15 day of November, 2005.

_____
PAMELA D. SOUTH, JUDGE
State Court of Gwinnett County

Copies:

Kris Skaar
C. Melissa Ewing
Linda G. Carpenter
James M. Feagle