```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

EVELINE GOINS,                    :

    Plaintiff,                    :

        vs.                       :  No. 3:02CV1069(WIG)

JBC & ASSOCIATES, P.C.,           :
JACK H. BOYAJIAN,
MARVIN BRANDON,                   :

    Defendants.                   :
------------------------------X
```

## ORDER TO SHOW CAUSE

The Court hereby issues the following Order to Show Cause:

Each Defendant is hereby ordered to show cause as to why said Defendant should not be held in contempt of Court for failure to obey this Court's Order dated August 28, 2006, ordering Defendants to serve responses to Plaintiff's Post-Judgment Interrogatories on or before September 11, 2006. Defendants shall have until **February 13, 2007**, to respond to this order and to request a hearing.  Absent a request for a hearing from one or more of the Defendants, no hearing will be held, and an order holding Defendants in civil contempt may issue forthwith without further hearing.

On or before **January 12, 2007**, Plaintiff shall submit to the Court and serve upon Defendants an Affidavit detailing the reasonable attorney's fees and expenses caused by Defendants' failure to respond to the post-judgment interrogatories.  Absent a request for a hearing from one or more of the Defendants, no

hearing will be held, and a new judgment may issue including the reasonable attorney's fees and expenses caused by Defendants' failure to respond to the post-judgment discover.

A copy of this Order shall be sent by the Clerk's Office to each Defendant at their last known address, as reflected on the docket sheet.  Additionally, on or before **January 12, 2007,** Plaintiff's counsel shall serve the Defendants (or their counsel, if new counsel has appeared) with a copy of this Order and her fee affidavit in the manner prescribed by the Federal Rules of Civil Procedure and shall provide the Court with proof of service.

SO ORDERED, this ___12th___ day of December, 2006, at Bridgeport, Connecticut.

                                        ___*/s/ William I. Garfinkel*___
                                        WILLIAM I. GARFINKEL
                                        United States Magistrate Judge