UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                              CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON                  January 19, 2007

## AFFIDAVIT OF SERVICE

The undersigned certifies, pursuant to 28 U.S.C. §1746, that on December 21, 2006, I served the Order to Show Cause and the Post judgment discovery herein by mail to an address in California as directed by Karen Hopkins, an attorney at Boyajian's law office. See attached. The mail was not returned undelivered. I also served the Order by a New Jersey process server at a cost of $99.95. His affidavits of service are attached.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2007.

_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on January 19, 2007, postage prepaid, to:

Karen Hopkins
Boyajian Law Office
201 Route 17 North  5th floor
Rutherford NJ 07070

____/s/ Joanne S. Faulkner___
Joanne S. Faulkner