## Joanne S. Faulkner
ATTORNEY AT LAW

---
123 AVON STREET NEW HAVEN, CT 06511-2422   TELEPHONE (203) 772-0395   j.faulkner@snet.net
---

December 21, 2006

Jack Boyajian
Marvin Brandon
JBC
4695 MacArthur Court 11th floor
Newport Beach, CA 92660

    Re: Goins matters

Dear Sir:

As instructed by Attorney Karen Hopkins, I am serving the enclosed on you by mail at this address. PLEASE ACKNOWLEDGE RECEIPT WHEN YOU GET THIS.

Order to Show Cause, 3:02-cv-01069-WIG   Doc. No. 108

Order to Pay Sanctions, 3:02-cv-01537-AVC   Doc. No. 110

Post judgment discovery, 3:02cv 1069 (WIG)
Post judgment discovery, 3:02cv 1537 (AVC)

The following judgments remain unpaid, with interest accruing at the federal rate since the underlying judgment.

Goins v. JBC & Associates, P.C. et al., 2006 WL 540332 (D.Conn. March 06, 2006) ($24,316.19);
Goins v. JBC & Associates P.C. et al, Civil No. 3:02CV1069, Doc. No. 76 (D. Conn. Dec. 1, 2005) ($16,674);
Goins v Brandon, Civil No. 3:02cv1537 (April 28, 2006) ($20,308.31)

                              Yours truly,

                              */s/ Joanne S. Faulkner*
                              Joanne S. Faulkner

**Subject:** RE: post judgment goins v Boyajian, Brandon, et al
**From:** "Karen Hopkins" <khopkins@boyajianlaw.com>
**Date:** Wed, 20 Dec 2006 14:34:11 -0500
**To:** "Joanne Faulkner" <j.faulkner@snet.net>

California address serve via U.S. Mail.

-----Original Message-----
From: Joanne Faulkner [mailto:j.faulkner@snet.net]
Sent: Wednesday, December 20, 2006 1:51 PM
To: Karen Hopkins
Subject: Re: post judgment goins v Boyajian, Brandon, et al

I need to serve the contempt order. where and how

Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net


Karen Hopkins wrote:
> I apologize. I did not mean to be confusing. I was just responding to your e-mail below:
>
> "Please provide the address where I can serve the attached on all 3 defendants,..."
>
> I was instructed to ask that the interrogatories be mailed to the CA address provided.
>
> Thank you.
>
> Karen H.
>
> -----Original Message-----
> From: Joanne Faulkner [mailto:j.faulkner@snet.net]
> Sent: Wednesday, December 20, 2006 1:03 PM
> To: Karen Hopkins
> Subject: Re: post judgment goins v Boyajian, Brandon, et al

I don't understand this. Send all three what(?) to Ca? Serve, mail, email?

Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net


Karen Hopkins wrote:

> Dear Ms. Faulkner:
>
> Please send all three to:
>
> 4695 MacArthur Court
> 11th Floor
> Newport Beach, CA 92660
>
> Thank you for your assistance in this matter.
>
> -----Original Message-----
> From: Joanne Faulkner [mailto:j.faulkner@snet.net]
> Sent: Wednesday, December 20, 2006 11:32 AM
> To: Karen Hopkins
> Subject: post judgment goins v Boyajian, Brandon, et al
>
> Please provide the address where I can serve the attached on all 3 defendants, or send me a written signed acknowledgment of service. Thanks.

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.25/593 - Release Date: 12/19/2006

EVELINE GOINS

vs.                                    **Plaintiff**              Superior Court Of New Jersey

JBC & ASSOCIATES, ET AL                                           DISTRICT Venue

**Defendant**                                                      Docket Number: 3:02CV1069(WIG)

**Person to be served** (Name and Address):
JBC & ASSOCIATES, PC
201 ROUTE 17 NORTH  5TH FLOOR
RUTHERFORD  NJ  07070
**By serving**: JBC & ASSOCIATES, PC

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney**: JOANNE S. FAULKNER, ESQ.

**Papers Served**: ORDER TO SHOW CAUSE

Cost of Service pursuant to R. 4:4-3(c)

$ ____.___

**Service Data:**   [X] Served Successfully      [ ] Not Served

**Date/Time:**   01/10/2007  12:10PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts:  Date/Time: _____
           Date/Time: _____
           Date/Time: _____

Name of Person Served and relationship/title:

MIKE ALEC

ATTORNEY

**Description of Person Accepting Service**:

SEX: M  AGE: 51-65  HEIGHT: OVER 6'  WEIGHT: OVER 200 LBS.  SKIN: WHITE  HAIR: GRAY  OTHER: GLASSES

**Unserved**:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:    Date/Time: _____
                       Date/Time: _____
                       Date/Time: _____

Other:

**Served Data**:
Subscribed and Sworn to me this

10 ____ day of January ____, 2007

Notary Signature: _Zuleyda Concepcion_
ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
Name of Notary     Commission Expiration
My Commission Expires Oct. 2, 2011

I, JARED LEE _____,
was at the time of service a competent adult not having a direct interest in the litigation.
I declare under penalty of perjury that the foregoing is true and correct.

_signature_                          1/10/2007
Signature of Process Server          Date

**Name of Private Server**: JARED LEE   **Address**: 2009 Morris Avenue UNION, NJ 07083   **Phone**: (908) 687-0056

Sm.

EVELINE GOINS

vs.                                    **Plaintiff**

JBC & ASSOCIATES, ET AL

                                       **Defendant**

**Person to be served** (Name and Address):
MARVIN BRANDON
201 ROUTE 17 NORTH   5TH FLOOR
RUTHERFORD NJ 07070
**By serving**: MARVIN BRANDON

**Attorney**: JOANNE S. FAULKNER, ESQ.

**Papers Served**: ORDER TO SHOW CAUSE

**Service Data:**   [X] Served Successfully    [ ] Not Served

**Date/Time:**   01/10/2007  12:10PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Superior Court Of New Jersey

DISTRICT Venue

Docket Number: 3:02CV1069(WIG)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Attempts:  Date/Time: _____
           Date/Time: _____
           Date/Time: _____

Name of Person Served and relationship/title:

MARVIN BRANDON

ATTORNEY

**Description of Person Accepting Service**:

SEX: M   AGE: 51-65   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

Other:
THE ENTITY WAS IN A MEETING SO ONE OF THE OTHER ATTORNEYS HANDLING THE CASE ACCEPTED ON BEHALF.

**Served Data:**
Subscribed and Sworn to me this

10 ____ day of January ____, 2007
Notary Signature: _Zuleyda Concepcion_
ZULEYDA CONCEPCION
Name of NOTARY PUBLIC OF NEW JERSEY Expiration
My Commission Expires Oct 2, 2011

I, JARED LEE,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server     1/10/2007
                                Date

Name of Private Server: JARED LEE   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056

| | | |
|---|---|---|
| EVELINE GOINS | **Plaintiff** | Superior Court Of New Jersey |
| vs. | | DISTRICT Venue |
| JBC & ASSOCIATES, ET AL | **Defendant** | Docket Number: 3:02CV1069(WIG) |

**Person to be served** (Name and Address):
JACK H. BOYAJIAN
201 ROUTE 17 NORTH 5TH FLOOR
RUTHERFORD NJ 07070
**By serving:** JACK H. BOYAJIAN

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:** JOANNE S. FAULKNER, ESQ.

**Papers Served:** ORDER TO SHOW CAUSE

Cost of Service pursuant to R. 4:4-3(c)

$ ____.___

**Service Data:**   [X] Served Successfully   [ ] Not Served

**Date/Time:**   01/10/2007  12:10PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts: Date/Time: ____
Date/Time: ____
Date/Time: ____

Name of Person Served and relationship/title:

MIKE ALEC

ATTORNEY

**Description of Person Accepting Service:**

SEX: M   AGE: 51-65   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: ____
Date/Time: ____
Date/Time: ____

**Other:**
THE ENTITY WAS IN A MEETING SO ONE OF THE OTHER ATTORNEYS HANDLING THE CASE ACCEPTED ON BEHALF.

**Served Data:**
Subscribed and Sworn to me this

10 _____ day of January _____, 2007 _____
Notary Signature: *Zuleyda Concepcion*
ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct 2, 201_

I, JARED LEE _____,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   1/10/2007
Date

Name of Private Server: JARED LEE   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056

SM.