UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                    CASE NO. 3:02CV 1069  (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON                                   July 17, 2007

<u>AFFIDAVIT OF SERVICE</u>

The undersigned certifies, pursuant to 28 U.S.C. §1746, that the Civil Contempt Order

was served on JBC by a New Jersey process server at a cost of $79.95, per his attached

affidavit of service.

On July 10, 2007, I emailed the Civil Contempt Order to Karen Hopkins, an attorney

at Boyajian Law Offices, P.C.  On July 10, 2007, I also mailed a copy to

Marvin Brandon,
36 Dunston Lane
South Brunswick NJ 08852-2507

Jack Boyajian
Boyajian Law Offices
201 Route 17 north  5th floor
Rutherford NJ  07070

On July 11, 2007, I also mailed a copy to:

Janese Thompson (Attorney for Boyajian)
19 Benson Dr
Danbury CT 06810

Gary Stern Esq. (recently, Attorney for Brandon)
39 Hudson St
Hackensack NJ 07602

Jack Boyajian
4695 MacArthur Court 11th Floor
Newport Beach, CA 92660
(address provided by Karen Hopkins)


The mail has not been returned undelivered at this date.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 17,

2007.


                                          _/s/ Joanne S. Faulkner_____
                                   JOANNE S. FAULKNER ct04137
                                     123 Avon Street
                                 New Haven, CT  06511-2422
                                 (203) 772-0395
                                 j.faulkner@snet.net

2007071109 1351

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |

**RETURN OF SERVICE**

SERVICE OF:          **CIVIL CONTEMPT ORDER**
EFFECTED (1) BY ME:  **EMMANUEL MEJIA**
TITLE:               **PROCESS SERVER**                    DATE: **07/12/2007  03:09PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

OFFICE OF JBC, C/O BOYAJIAN LAW OFFICE

Place where served:

201 ROUTE 17 NORTH  5 TH FLOOR RUTHERFORD NJ 07070

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MIKE ALEC

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M _ AGE: 36-50 _ HEIGHT: 5'4"-5'8" __ WEIGHT: OVER 200 LBS. __ SKIN: WHITE ____ HAIR: GRAY ____ OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7 / 12 / 20 07          _____ L.S.
                             SIGNATURE OF EMMANUEL MEJIA
                             GUARANTEED SUBPOENA SERVICE, INC.
                             2009 MORRIS AVENUE
                             UNION, NJ 07083

7/12/07

CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 20__

ATTORNEY:    JOANNE S. FAULKNER, ESQ.
PLAINTIFF:   EFELINE GOINS
DEFENDANT:   JBC & ASSOCIATES, INC.,E T AL
VENUE:       DISTRICT OF CT
DOCKET:      02 CV 1069 (WIG)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R