UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, <br><br> Plaintiffs, <br><br> -v- <br><br> JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN, MARV BRANDON <br><br> Defendants. | : <br> : <br> : CASE NO. 3:02CV 1069(WIG) <br> : <br> : <br> : <br> : <br> : <br> : July 30, 2007 <br> : <br> : |

## NOTICE OF APPEARANCE

TO THE CLERK:  Please enter the appearance of both attorney Glenn L. Formica and:

FORMICA, P.C.
27 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 787-6766
E-Mail: Courts@formicalaw.com
Fed Ct. No. 21053

Said Appearance is for defendants, *Jack H. Boyajian, JBC Associates, P.C., and Marvin Brandon*.

Respectfully Submitted,

THE DEFENDANTS: Jack H. Boyajian, et. al.

Glenn L. Formica, Federal Bar No. 21053
Formica, P.C.
27 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 785-0778
gformica@formicalaw.com

1

2

## CERTIFICATION

This is to certify that the foregoing Notice of Appearance were e-mailed on this date, July 30, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

_____
Glenn L. Formica
Attorney for the Defendants

2