UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, <br><br>Plaintiffs, <br><br> -v- <br><br>JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN,  MARV BRANDON <br><br>Defendants. | :<br>:<br>:<br>:   CASE NO. 3:02CV 1069(WIG)<br>:<br>:<br>:<br>:<br>:<br>:   July 30, 2007<br>:<br>: |

## NOTICE OF APPEARANCE

TO THE CLERK:  Please enter the appearance of both attorney Glenn L. Formica and:

    FORMICA, P.C.
    27 Elm Street
    New Haven, Connecticut 06510
    Telephone: (203) 789-8456
    Facsimile: (203) 787-6766
    E-Mail: Courts@formicalaw.com
    Fed Ct. No. 21053

Said Appearance is for defendants, *Jack H. Boyajian, JBC Associates, P.C., and Marvin Brandon*.

    Respectfully Submitted,

    THE DEFENDANTS: Jack H. Boyajian, et. al.

    */s/ Glenn L. Formica*

    Glenn L. Formica, Federal Bar No. 21053
    Formica, P.C.
    27 Elm Street
    New Haven, Connecticut 06510
    Telephone: (203) 789-8456
    Facsimile: (203) 785-0778
    gformica@formicalaw.com

1

2

## CERTIFICATION

This is to certify that the foregoing Notice of Appearance were e-mailed on this date, July 30, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

_____
Glenn L. Formica
Attorney for the Defendants