UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, | : |
| Plaintiffs, | : CASE NO. 3:02CV 1069(WIG) |
| -v- | : |
| JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN, MARV BRANDON | : |
| | : July 30, 2007 |
| Defendants. | : |

## MOTION FOR CONTINUANCE

The undersigned counsel moves this Court for a Continuance of the Contempt Hearing/Examination Under Oath of the Judgment/Debtor defendants in the above captioned matter and scheduled for August 6, 2007. Opposing Counsel, Joanne S. Faulkner, was consulted on Friday, July 27, 2007 at approximately 10:30 a.m. by telephone and stated that she did not object to the continuance based upon the representations of undersigned counsel that he had a scheduled family vacation planned for the week of the August 6, 2007.

Undersigned counsel has forwarded additional discovery compliance pursuant to the Court's order for contempt on this day. The Court is asked to reset this matter for its next available date, unless by agreement of the parties the discovery dispute in this matter has been resolved to the mutual satisfaction of the parties. Notwithstanding, the Defendants have filed a Motion to Set Aside the Order for Contempt.

WHEREFORE, the parties to this action move this Court for an Order continuing Contempt Hearing/Examination Under Oath of the Judgment/Debtor defendants.

**ORAL ARGUMENT NOT REQUESTED.**

1

Respectfully Submitted,

THE DEFENDANTS: Jack H. Boyajian, et. al.

Glenn L. Formica, Federal Bar No. 21053
Formica, P.C.
27 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 785-0778
gformica@formicalaw.com

## CERTIFICATION

This is to certify that the foregoing Motion For Continuance were e-mailed on this date, July 30, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

_____
Glenn L. Formica
Attorney for the Defendants