UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, | : |
| Plaintiffs, | : CASE NO. 3:02CV 1069(WIG) |
| -v- | : |
| JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN, MARV BRANDON | : |
| | : July 30, 2007 |
| Defendants. | : |

## NOTICE OF SUPPLEMENTAL FILING

The undersigned counsel gives notice of supplemental filing of affidavits of Defendant Jack H. Boyajian and Marv Brandon in support of their Motion to Set Aside the Order of Contempt. This should have been filed as an attachment thereto, but was omitted.

Respectfully Submitted,

THE DEFENDANTS: Jack H. Boyajian, et. al.

Glenn L. Formica, Federal Bar No. 21053
Formica, P.C.
27 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 785-0778
gformica@formicalaw.com

1

CERTIFICATION

This is to certify that the foregoing Notice of Supplemental Filing were e-mailed on this date, July 30, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

_____
Glenn L. Formica
Attorney for the Defendants