UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2007 AUG -1  A II: 52

U.S. DISTRICT COURT
BRIDGEPORT. CONN

GOINS

V.                                                    3:02cv1069

JBC, ET AL.

ORDER

This case is to remain open for purposes of the civil contempt matter and related motions

and proceedings. The consent motion to continue the hearing scheduled for August 6, 2007

(Docket # 118) is GRANTED. Rescheduling will depend upon resolution of the motion to set

aside the order of contempt. So ordered, on August 1, 2007, in Bridgeport, CT.

_____
William I. Garfinkel, U.S.M.J.