UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                         CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON                             August 8, 2007

### CERTIFICATION OF NONCOMPLIANCE

The undersigned certifies, pursuant to 28 U.S.C. §1746, that as of this date, despite repeated request, I have not received the "full and complete" answers ordered by the Court. Nor has any defendant paid the daily amounts ordered, despite repeated request.

On July 16, I received discovery responses dated July 13, with no original signatures, and objections or non-responses. As of this writing, I have received nothing else. In summary:

Boyajian: objected to Int. 3, 6, 7, 8, 9, 10, 12, 17, 21, 24, 25; nonresponse to 13, 19.

Brandon: objected to Int. 3, 6, 7, 8, 10, 17, 21, 24, 25; nonresponse to 4, 5; incomplete response to 15.

Corporate defendant: objected to Int. 3, 7, 8, 12, 21, 25; nonresponse to 23.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2007 at 9:15 a.m.

                          _/s/ Joanne S. Faulkner_____
                          JOANNE S. FAULKNER ct04137
                           123 Avon Street
                          New Haven, CT  06511-2422
                           (203) 772-0395
                           j.faulkner@snet.net

This is to certify that the foregoing was mailed on August 8, 2007, postage prepaid, to:

>Glenn L. Formica
>Formica, P.C.
>27 Elm Street
>New Haven, Connecticut 06510

>___s/s Joanne S. Faulkner____
>Joanne S. Faulkner