**Subject:** [Fwd: RE: Boyajian Brandon]
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Sat, 17 Jun 2006 07:17:31 -0400
**To:** P Reynolds <PReynolds@mrglaw.com>

Shall I then move to compel responses?

-------- Original Message --------
Subject: RE: Boyajian Brandon
Date: Thu, 27 Apr 2006 12:02:33 -0400
From: P Reynolds <PReynolds@mrglaw.com>
To: Joanne Faulkner <j.faulkner@snet.net>

Joanne,
   I have not received a response from my clients and am therefore unable to tell you what they are going to do with respect to the fee award or the discovery you filed.
   -Peter


-----Original Message-----
From: Joanne Faulkner [mailto:j.faulkner@snet.net]
Sent: Thursday, April 27, 2006 10:01 AM
To: P Reynolds
Subject: Boyajian Brandon

I hope your client Mr. Brandon will pay the $20,308.31 Goins fee award promptly.

In the Goins cases, in which Mr. Brandon is jointly and severally liable, responses to post judgment discovery are overdue and your clients have waived any objections.
Please see that I get the responses by May 5, 2006. Thanks.


--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

**Subject:** goins v brandon
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Wed, 09 Aug 2006 07:40:58 -0400
**To:** P Reynolds <PReynolds@mrglaw.com>

Next step is contempt. Please see that payment is forthcoming immediately

Activity has occurred in the following cases:

3:02-cv-01537-AVC Goins v. Brandon
Order on Motion to Compel   100

Docket Text:
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE RE: [99] Motion to Compel. The motion is GRANTED. The defendant, Marvin Brandon, is hereby ordered to respond to the post-judgment interrogatories served on him on May 8, 2006, by no later than August 22, 2006. SO ORDERED . Signed by Judge Alfred V. Covello on 8/8/06. (Blue, A.)


--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

**Subject:** Goins JBC et al
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Tue, 29 Aug 2006 06:54:20 -0400
**To:** P Reynolds <PReynolds@mrglaw.com>

Please see that I get responses (or payment!)

3:02-cv-01069-WIG Goins v. JBC & Assoc PC, et al
Order on Motion to Compel   90

Docket Text:
ORDER granting in the absence of opposition [85] Plaintiff's Motion to Compel Defendants to respond to the post-judgment interrogatories dated March 23, 2006. Defendants are ordered to serve responses to these interrogatories on or before September 11, 2006. Signed by Judge William I. Garfinkel on 8/28/2006. (Smith, M.)


--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

**Subject:** goins cases
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Wed, 13 Sep 2006 07:49:40 -0400
**To:** P Reynolds <PReynolds@mrglaw.com>

Reminder: Your clients were ORDERED to respond to the post judgment interrogatories in the WIG case by 9/11.
Brandon was *ordered* to respond in his case by 8/22.
I have received nothing.
Please let me know if the responses are on their way. Or preferably the payments.

--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

**Subject:** Your JBC colleague Brandon
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Sat, 30 Sep 2006 07:40:39 -0400
**To:** Sandra Kelsey <sandrakelsey@sbcglobal.net>

Please see that he obeys or pays.

--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

| **Brandon order to show cause.pdf** | **Content-Type:** | application/pdf |
|---|---|---|
| | **Content-Encoding:** | base64 |

**Subject:** Brandon
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Sat, 30 Sep 2006 07:39:47 -0400
**To:** P Reynolds <PReynolds@mrglaw.com>

Please see that he obeys or pays.

--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

| **Brandon order to show cause.pdf** | **Content-Type:** | application/pdf |
|---|---|---|
| | **Content-Encoding:** | base64 |

**Subject:** urgent See attachment
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Mon, 13 Nov 2006 08:53:53 -0500
**To:** Jack Boyajian <JB@boyajianlaw.com>, Karen hopkins <khopkins@boyajianlaw.com>

Please see that I get compliance with the order and with the discovery!

Or pay the judgment, with interest Goins v Brandon, Civil No. 3:02cv1537 (April 28, 2006) ($20,308.31)

--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

| **goins brandon discovery sanctions.pdf** | **Content-Type:** application/pdf |
|---|---|
| | **Content-Encoding:** base64 |

**Subject:** post judgment goins v Boyajian, Brandon, et al
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Wed, 20 Dec 2006 11:32:21 -0500
**To:** khopkins@boyajianlaw.com

Please provide the address where I can serve the attached on all 3 defendants, or send me a written signed acknowledgment of service.
Thanks.

--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

| **goins brandon POST JUDGMENT DISCOVERY.doc** | **Content-Type:** ap<br>**Content-Encoding:** ba |
|---|---|
| **goins POST JUDGMENT DISCOVERY.doc** | **Content-Type:** application/n<br>**Content-Encoding:** base64 |
| **goins contempt order to serve.pdf** | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |

RE: post judgment goins v Boyajian, Brandon, et al
Case 3:02-cv-01069-WIG    Document 123-3    Filed 08/20/2007    Page 9 of 15

**Subject:** RE: post judgment goins v Boyajian, Brandon, et al
**From:** "Karen Hopkins" <khopkins@boyajianlaw.com>
**Date:** Wed, 20 Dec 2006 12:50:41 -0500
**To:** "Joanne Faulkner" <j.faulkner@snet.net>

Dear Ms. Faulkner:

Please send all three to:

4695 MacArthur Court
11th Floor
Newport Beach, CA 92660

Thank you for your assistance in this matter.

-----Original Message-----
From: Joanne Faulkner [mailto:j.faulkner@snet.net]
Sent: Wednesday, December 20, 2006 11:32 AM
To: Karen Hopkins
Subject: post judgment goins v Boyajian, Brandon, et al

Please provide the address where I can serve the attached on all 3 defendants, or send me a written signed acknowledgment of service. Thanks.

--
Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.409 / Virus Database: 268.15.25/593 - Release Date: 12/19/2006

--
No virus found in this outgoing message.

**Subject:** Re: post judgment goins v Boyajian, Brandon, et al
**From:** Joanne Faulkner <j.faulkner@snet.net>
**Date:** Thu, 21 Dec 2006 10:56:26 -0500
**To:** Karen Hopkins <khopkins@boyajianlaw.com>

Please see that the attached sanctions are paid promptly.


Joanne S. Faulkner
(203) 772-0395
123 Avon Street
New Haven CT 06511-2422

j.faulkner@snet.net

| goins brandon discovery sanctions.pdf | **Content-Type:** application/pdf <br> **Content-Encoding:** base64 |
|---|---|

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.  CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN
MARVIN BRANDON  January 19, 2007

### AFFIDAVIT OF SERVICE

The undersigned certifies, pursuant to 28 U.S.C. §1746, that on December 21, 2006, I served the Order to Show Cause and the Post judgment discovery herein by mail to an address in California as directed by Karen Hopkins, an attorney at Boyajian's law office. See attached. The mail was not returned undelivered. I also served the Order by a New Jersey process server at a cost of $99.95. His affidavits of service are attached.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2007.

                                              JOANNE S. FAULKNER ct04137
                                                  123 Avon Street
                                              New Haven, CT  06511-2422
                                                  (203) 772-0395
                                                  j.faulkner@snet.net

This is to certify that the foregoing was mailed on January 19, 2007, postage prepaid, to:

Karen Hopkins
Boyajian Law Office
201 Route 17 North  5th floor
Rutherford NJ 07070

                                               /s/ Joanne S. Faulkner___
                                                Joanne S. Faulkner

| | |
|---|---|
| EVELINE GOINS  **Plaintiff** | Superior Court Of New Jersey |
| vs. | DISTRICT Venue |
| JBC & ASSOCIATES, ET AL  **Defendant** | Docket Number: 3:02CV1069(WIG) |

**Person to be served (Name and Address):**
JACK H. BOYAJIAN
201 ROUTE 17 NORTH 5TH FLOOR
RUTHERFORD NJ 07070
**By serving:** JACK H. BOYAJIAN

**Attorney:** JOANNE S. FAULKNER, ESQ.

**Papers Served:** ORDER TO SHOW CAUSE

**Service Data:**  [X] Served Successfully   [ ] Not Served

**Date/Time:** 01/10/2007 12:10PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Attempts:  Date/Time: _____
           Date/Time: _____
           Date/Time: _____

Name of Person Served and relationship/title:

MIKE ALEC _____

ATTORNEY _____

**Description of Person Accepting Service:**

SEX: M    AGE: 51-65    HEIGHT: OVER 6'    WEIGHT: OVER 200 LBS.    SKIN: WHITE    HAIR: GRAY    OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:    Date/Time: _____
                       Date/Time: _____
                       Date/Time: _____

**Other:**
THE ENTITY WAS IN A MEETING SO ONE OF THE OTHER ATTORNEYS HANDLING THE CASE ACCEPTED ON BEHALF.

**Served Data:**
Subscribed and Sworn to me this
10 _____ day of January _____, 2007
Notary Signature: *Zuleyda Concepcion*
ZULEYDA CONCEPCION
Name of Notary          Commission Expiration
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

I, JARED LEE _____,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    1/10/2007
Signature of Process Server    Date

Name of Private Server: JARED LEE   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056

SM.

| | |
|---|---|
| **EVELINE GOINS**       Plaintiff <br> vs. <br> **JBC & ASSOCIATES, ET AL**     Defendant | Superior Court Of New Jersey <br> DISTRICT Venue <br> Docket Number: 3:02CV1069(WIG) |

**Person to be served** (Name and Address):
MARVIN BRANDON
201 ROUTE 17 NORTH   5TH FLOOR
RUTHERFORD  NJ  07070
**By serving:** MARVIN BRANDON

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:** JOANNE S. FAULKNER, ESQ.

**Papers Served:** ORDER TO SHOW CAUSE

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

**Service Data:**  [X] Served Successfully    [ ] Not Served

**Date/Time:** 01/10/2007  12:10PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Attempts:** Date/Time: _____
Date/Time: _____
Date/Time: _____

**Name of Person Served and relationship/title:**

MARVIN BRANDON

ATTORNEY

**Description of Person Accepting Service:**

SEX: M   AGE: 51-65   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
Date/Time: _____
Date/Time: _____

**Other:**
THE ENTITY WAS IN A MEETING SO ONE OF THE OTHER ATTORNEYS HANDLING THE CASE ACCEPTED ON BEHALF.

**Served Data:**
Subscribed and Sworn to me this

10 _____ day of January, 2007
Notary Signature: _*Zuleyda Concepcion*_
ZULEYDA CONCEPCION
Name of NOTARY PUBLIC OF NEW JERSEY Expiration
My Commission Expires Oct. 2, 2011

I, JARED LEE _____,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server     Date: 1/10/2007

**Name of Private Server:** JARED LEE   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056

| | |
|---|---|
| EVELINE GOINS **Plaintiff** vs. JBC & ASSOCIATES, ET AL **Defendant** | Superior Court Of New Jersey DISTRICT Venue Docket Number: 3:02CV1069(WIG) |

**Person to be served** (Name and Address):
JBC & ASSOCIATES, PC
201 ROUTE 17 NORTH 5TH FLOOR
RUTHERFORD NJ 07070
By serving: JBC & ASSOCIATES, PC

**Attorney:** JOANNE S. FAULKNER, ESQ.

**Papers Served:** ORDER TO SHOW CAUSE

**Service Data:**   [X] Served Successfully     [ ] Not Served

**Date/Time:** 01/10/2007 12:10PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ ____.__

**Attempts:**   Date/Time: _____
                Date/Time: _____
                Date/Time: _____

Name of Person Served and relationship/title:

MIKE ALEC

ATTORNEY

**Description of Person Accepting Service:**

SEX: M   AGE: 51-65   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
10 day of January, 2007
Notary Signature: _Zuleyda Concepcion_
NOTARY PUBLIC OF NEW JERSEY
Name My Commission Expires Oct. 2, 201_
Commission Expiration

Name of Private Server: JARED LEE   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056

I, JARED LEE _____,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_signature_   1/10/2007
Signature of Process Server   Date

Sm.

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **CIVIL CONTEMPT ORDER** | |
| EFFECTED (1) BY ME: **EMMANUEL MEJIA** | |
| TITLE: **PROCESS SERVER** | DATE: **07/12/2007  03:09PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

OFFICE OF JBC, C/O BOYAJIAN LAW OFFICE

Place where served:

201 ROUTE 17 NORTH  5 TH FLOOR RUTHERFORD NJ 07070

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MIKE ALEC

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M  AGE: 36-50  HEIGHT: 5'4"-5'8"  WEIGHT: OVER 200 LBS.  SKIN: WHITE  HAIR: GRAY  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___   SERVICES $ _____.___   TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7 / 12 / 20 07

SIGNATURE OF EMMANUEL MEJIA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

7/12/07

CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 20__

ATTORNEY: JOANNE S. FAULKNER, ESQ.
PLAINTIFF: EFELINE GOINS
DEFENDANT: JBC & ASSOCIATES, INC.,E T AL
VENUE: DISTRICT OF CT
DOCKET: 02 CV 1069 (WIG)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R