UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2007 AUG 20 P 12: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN

EVELINE GOINS

CIVIL ACTION NO.   3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C., MARVIN BRANDON, JACK BOYAJIAN

MOTION FOR APPOINTMENT OF PERSON
TO SERVE PROCESS

Plaintiff moves this Court to appoint <u>State Marshal Robert Miller</u>, a qualified person over eighteen (18) years of age, residing in <u>New Haven County</u>, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at <u>New Haven</u>, Connecticut, this <u>22</u> day of <u>August, 2007</u>, _____.

_____
Attorney for Plaintiff
/s/ Joanne S. Faulkner ct04137
123 Avon St, New Haven CT 06511

SO ORDERED.

KEVIN F. ROWE, CLERK

By: _____
Deputy Clerk

Dated: **AUG 2 2 2007**, _____

Procedure\process.apt\Rev.9/99