UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, | : |
| Plaintiffs, | : CASE NO. 3:02CV 1069(WIG) |
| -v- | : |
| JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN, MARV BRANDON | : |
| Defendants. | : September 14, 2007 |

## MOTION FOR ORAL ARGUMENT AND TESTIMONY

Pursuant to Loc. R. Civ. Proc. 7, the undersigned Defendants request oral argument on <u>Motion to Set Aside an Order of Contempt, docket positions 115-117</u>. Oral argument is necessary to better explain the facts and circumstances surrounding the underlying order. In addition, the Defendants would like to present testimony of Jack H. Boyajian in support of his Motions.

WHEREFORE, the defendants move this Court for an order scheduling oral argument and testimony on this matter.

Respectfully Submitted,

THE DEFENDANTS: Jack H. Boyajian, et. al.

Glenn L. Formica, Federal
Bar No. 21053
Formica, P.C.
27 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 785-0778
gformica@formicalaw.com

CERTIFICATION

This is to certify that the foregoing Motion Argument on Motion to Set Aside Order of Contempt were e-mailed on this date, September 14, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

_____
Glenn L. Formica
Attorney for the Defendant