```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

EVELINE GOINS,                      :

        Plaintiff,                  :

        vs.                         :   No. 3:02cv1069(WIG)

JBC & ASSOCIATES, INC.,             :
JACK H. BOYAJIAN,
MARVIN BRANDON,                     :

        Defendants.                 :
-------------------------------X
```

SCHEDULING ORDER

Defendants have asked this Court to schedule oral argument and an evidentiary hearing on their Motions to Set Aside Contempt Order [Doc. ## 115, 116, 117].  The Court GRANTS the Motion for Hearing [Doc. # 127].

An evidentiary hearing will be held before the Undersigned on **Thursday, October 18, 2007, commencing at 1:30 p.m.,** in the Magistrates Courtroom, Room 435, United States Courthouse, 915 Lafayette Blvd., Bridgeport, CT 06604.  In addition to providing testimony and oral argument on Defendants' Motions to Set Aside Contempt Orders, the parties should be prepared to address Defendants' compliance with the Court's Order dated August 28, 2006, requiring Defendants to respond to Plaintiff's post-judgment interrogatories, so as to purge the contempt.  The Court further requests that Plaintiff's counsel be prepared to provide evidence as to the fees and expenses incurred to date in seeking

to collect on the Judgment in this case.

The parties shall file and exchange a list of witnesses, a list of exhibits, and pre-marked exhibits no later than **October 16, 2007.**

    a. <u>List of Witnesses</u>: Each party shall set forth the name and address of all witnesses the party intends to call, including a brief summary of the anticipated testimony. Witnesses not listed - except those used for unanticipated rebuttal or impeachment - shall not be permitted to testify, except for good cause shown.

    b. <u>List of Exhibits</u>: Each party shall file and exchange a list of all exhibits, with a brief description of each, that the party will offer. Exhibits not listed - except those used for unanticipated rebuttal or impeachment - shall not be admissible except for good cause shown.

    c. <u>Exhibits</u>:  Counsel shall mark all exhibits sequentially with Plaintiff's exhibits to begin with "Plaintiff's #1" and Defendants' Exhibits to begin with "Defendants' #501."  Exhibit tags will be provided by the Clerk's Office upon request.  Copies of all pre-marked exhibits shall be exchanged by the parties.  The parties shall confer in order to stipulate to the admissibility of the proposed exhibits, if possible, and to eliminate

       all duplicative exhibits.  The original set of pre-marked exhibits and two complete sets of copies of the exhibits shall be submitted to the Court at the hearing.

Any counsel requesting a continuance, which will be considered only for good cause clearly shown, shall consult with counsel for all other parties before making the request, and shall provide the Court with alternate times and/or dates.  Any requests for extensions of time shall be made by written motion to the Court after counsel have conferred.

SO ORDERED, this the 19th day of September, 2007, at Bridgeport, Connecticut.

                                      */s/ William I. Garfinkel*
                                      William I. Garfinkel
                                      United States Magistrate Judge