UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, | : |
| Plaintiffs, | : CASE NO. 3:02CV 1069(WIG) |
| -v- | : |
| JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN, MARV BRANDON | : |
| Defendants. | : November 2, 2007 |

## MOTION FOR EXTENSION OF TIME

The undersigned counsel moves this Court for an extension of <u>30 days</u> time in which to respond or object to the Plaintiff's post-judgment discovery requests filed pursuant to Local Rule of Civil Procedure 69 on October 10, 2007. This extension of time, pursuant to Local Rule of Civil Procedure 7(b)(1)(b) is necessary for the acquisition of the information from the Defendants Marv Brandon, who is suffering from a medical disability and Jack Boyajian and JBC Associates, P.C. which is in the process of closing its offices in New Jersey. Much of the information sought by the discovery requests is duplicative of previous compliance, with the exception that it appears the information sought is in the form of updated information.

*Opposing counsel has been consulted in this matter and <u>does not</u> consent* to the extension of time.

**ORAL ARGUMENT NOT REQUESTED.**

1

WHEREFORE, the parties to this action move this Court for an Order allowing an additional 30 days in which to respond or object to discovery requests of the plaintiff.

Respectfully Submitted,

THE DEFENDANTS: Jack H. Boyajian, et. al.

Glenn L. Formica, Federal Bar No. 21053
Formica, P.C.
27 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 785-0778
gformica@formicalaw.com

3

## CERTIFICATION

This is to certify that the foregoing Motion For Continuance were e-mailed on this date, November 2, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

_____
Glenn L. Formica
Attorney for the Defendants