UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                CASE NO. 3:02CV 1069  (WIG)

JBC & ASSOCIATES, P.C. et al.                    November 5, 2007

PLAINTIFF'S OPPOSITION TO EXTENSION

Defendants' Motion for Extension (Doc. No. 130) seeks to delay their response to post-judgment production requests until after the Nov. 29, 2007 date scheduled for a hearing in this case. If the production request is "largely duplicative" of the previously served interrogatories, the documents should be readily available.   Defendants have not shown "good cause" for the modification as required by D. Conn. L. Rule 7(b), which mandates "a particularized showing that the time limitation in question cannot reasonably be met despite the diligence of the party seeking the modification." Defendants have not recited any diligence, nor particularly explained why the normal 30-day period cannot be met in a timely fashion for the requested documents to be used at the hearing.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net

Certificate of Service

I hereby certify that on November 5, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       ____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
       123 Avon Street
       New Haven, CT 06511-2422
       (203) 772 0395
      j.faulkner@snet.net