UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, | : |
| Plaintiffs, | : CASE NO. 3:02CV 1069 (WIG) |
| -v- | : |
| JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN, MARV BRANDON | : |
| | : November 19, 2007 |
| Defendants. | : |

MOTION FOR PROTECTIVE ORDER AS TO
DISCLOSURE OF CERTAIN INFORMATION AND DOCUMENTS.
_____

The Defendants in the above captioned action move for a Protective Order as to disclosure of the following items:

      4.    All tax returns for any Boyajian trust including children's and family trusts, that you authorized, approved, signed or caused to be filed with the United States at any time since October 1, 2001.

      7.    All documents, including but not limited to deeds, warranties, invoices, purchase orders or bills of sale which identify any personal property with a value in excess of $1,000.00 in which you have any degree of legal or equitable ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

      11.    All agreements for the provision of legal services by Boyajian Law Offices, P.C. or any other law firm with which you have been associated since 2002 to a client that was represented at any time by JBC.

      12.    For the period August 1, 2004 through July 31, 2007, all documents identifying the recipient(s) of any funds disbursed from any JBC trust account.

      13.    For the period July 1, 2004 through July 1, 2007, all documents showing any wire transfer from a JBC bank account.

**ORAL ARGUMENT REQUESTED**

15. All documents showing any payments made by JBC Legal, by, to, or on behalf of, Boyajian Law Offices, P.C.

16. All documents showing any payment of legal fees or costs incurred by defendant, at any time from August 1, 2004 to the present.

18. All documents showing payment of any financial obligation of defendant, at any time from March 1, 2006, to the present.

The Protective Order is necessary to protect the legal and financial interests of nonparties to this case and for the legal arguments set forth in the attached Memorandum of Law.

Respectfully Submitted,

THE DEFENDANT:

Jack H. Boyajian, et. al.

Glenn L. Formica, Federal
Bar No. 21053
Formica, P.C.
27 Elm Street
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 785-0778
gformica@formicalaw.com

CERTIFICATION

This is to certify that the foregoing Memorandum in Support of Motion for Protective Order were e-mailed on this date, November 19, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

_____
Glenn L. Formica
Attorney for the Defendant