UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                                                          CASE NO. 3:02cv 1069 (WIG)

JBC & ASSOCIATES, P.C.
JACK H. BOYAJIAN                                            October 10, 2007
MARVIN BRANDON

**Defendants' Response**
**RULE 69 PRODUCTION REQUESTS**
**DEFINITIONS AND INSTRUCTIONS**

    1. The terms "you" and "your" and "defendant" shall mean JBC & Associates, P.C. ("JBC"), Jack H. Boyajian, and Marvin Brandon, respectively.

    2. The terms "person" and "persons" shall mean and includes any natural person, firm, association, partnership, joint venture, corporation, estate, trust, receiver, syndicate, municipal corporation, and any other form of legal entity or other group or combination acting as a unit.

    3. The terms "document" and "documents" includes electronic records and transmissions, and writings and recordings as defined in Fed. R. Evid. 1001, including, without limitation, any written material, whether typed, handwritten, printed or otherwise, and whether in draft or final form, of any kind or nature, or any photograph, photostat, microfilm or other reproduction thereof, including, without limitation, each note, memorandum, letter, telegram, telex, circular, release, article, report, prospectus, memorandum of any telephone or in-person conversation, any financial statement, analysis, drawing, graph, chart, account, book, notebook, draft, summary, diary, transcript, computer data base, computer printout or other computer generated matter, contract or order, technical report, laboratory report or notebook, engineering report, patent, registration or mark, application for a copyright, trademark or patent, patent appraisal, infringement search or study, and all mechanical and electronic audio and video

recordings or transcripts thereof, and other data compilations from which information can be obtained and translated; if necessary, by Defendant into reasonably usable form. Electronic mail is included within the definition of the terms "document" or "documents." A draft or non-identical copy is a separate document within the meaning of the term.

4. The term "relating" (or "relate") shall mean: pertaining, describing, referring, evidencing, reflecting, discussing, showing, supporting, contradicting, refuting, constituting, embodying, containing, concerning, identifying, or in any way logically or factually connected with the matter discussed.

5. The words "or" and "and" shall be read in the conjunctive and not in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request. The use of a verb in any tense shall be construed as the use of the verb in all other tenses and the singular form shall be deemed to include the plural, and vice-versa.

6. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all"; "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine or neuter form shall include each of the other genders.

PRODUCTION REQUESTS\ED FROM EACH DEFENDANT

1. All statements issued since October 1, 2004, by any bank, savings association, stock broker, mutual fund, trust, or any other financial institution for any account in which you have had any legal or equitable interest, or had the right to exercise any degree of control.

RESPONSE: Will produce to the extent that these documents are within my possession or control. <u>Specifically</u>, see bank records produced under Tab A.

2. All tax returns that you filed with the United States at any time since October 1, 2001.

RESPONSE: See production at Tab B.

3. All tax returns or corporate reports for JBC that you authorized, approved, signed or caused to be filed at any time since October 1, 2001.

RESPONSE: See production response at Tab B.

4. All tax returns for any Boyajian trust including children's and family trusts, that you authorized, approved, signed or caused to be filed with the United States at any time since October 1, 2001.

**OBJECTION: This information seeks information of non-parties and is therefore outside the scope of what are permissible discovery requests.**

5. All documents, including but not limited to deeds, which identify any real property in which you have had any degree of legal or equitable ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2001.

RESPONSE: Will produce to the extent that these documents are within my possession or control.

6. All documents showing the title history of the premises you live in, including any Agreements with the current owner of record as to the premises.

RESPONSE: These documents are not within the possession or control of the Defendants.

7. All documents, including but not limited to deeds, warranties, invoices, purchase orders or bills of sale which identify any personal property with a value in excess of $1,000.00 in which you have any degree of legal or equitable ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

**OBJECTION: This production response is overbroad, and unduly burdensome. Notwithstanding the objection, the Defendants are not aware of any property of that value since 2004.**

8. The titles to any motor vehicles in that you have had any degree of ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

RESPONSE: Will produce title to a 2000 ML Mercedes (170,000.00 miles). Currently not available, but will supplement upon its location.

9. All documents that disclose any income, including, but not limited to, trust distributions; compensation; dividends; interest; capital gains from the disposal of assets, and the like, that you have had since October 1, 2004.

RESPONSE: See production of Tax Returns at Tab B.

10. All documents that identify any business in which you have been employed or had any ownership interest, or had the right to exercise any degree of control at any time since October 1, 2004.

RESPONSE: There are no documents other than the corporate tax returns contained at Tab B.

11. All agreements for the provision of legal services by Boyajian Law Offices, P.C. or any other law firm with which you have been associated since 2002 to a client that was represented at any time by JBC.

**OBJECTION: This production request seeks information that is the property or interest of third parties. Moreover, this production request would require the respondent to disclose client communications and information without a corresponding authorization.**

12. For the period August 1, 2004 through July 31, 2007, all documents identifying the recipient(s) of any funds disbursed from any JBC trust account.

**OBJECTION: This production request seeks information that is the property or interest of third parties. Moreover, this production request would require the respondent to disclose client communications and information without a corresponding authorization. Moreover, this production request is overbroad and not reasonable related to the discovery of asset or information concerning assets.**

13.	For the period July 1, 2004 through July 1, 2007, all documents showing any wire transfer from a JBC bank account.

**OBJECTION:  This production request seeks information that is the property or interest of third parties. Moreover, this production request would require the respondent to disclose general client information, confidential client financial information, as well as private financial information of third parties without a corresponding authorization. Moreover, this production request is overbroad and not reasonable related to the discovery of asset or information concerning assets.**

**Notwithstanding this objection, the Defendants do produce the bank records, which will disclose the wires being sent.**

14.	A copy of each check of $10,000 or more, drawn on a JBC bank account, written at any time from July 1, 2004 to the present.

RESPONSE: The Defendants will provide copies of these checks upon their availability.

15.	All documents showing any payments made by JBC Legal, by, to, or on behalf of, Boyajian Law Offices, P.C.

**OBJECTION:  This production request seeks information that is the property or interest of third parties. The production request seeks information on inter-affiliated law offices and will necessarily involve disclosure of client information. Moreover, this production request is overbroad and not reasonable related to the discovery of asset or information concerning assets.**
**Notwithstanding this objection, the Defendants produce an internal ledger at Tab C, which reflects the intercompany transfers between the two law offices.**

16.	All documents showing any payment of legal fees or costs incurred by defendant, at any time from August 1, 2004 to the present.

**OBJECTION:  This production request seeks information attorney client privilege, represents an attorney client communication is as such is protected from disclosure.  In addition the production request is not reasonably calculated to the disclosure of relevant information.**

17.	All documents showing payment of any legal judgment, or lawsuit settlement, owed by JBC Legal, at any time from August 1, 2004 to the present.

RESPONSE: These payments will be produced upon location of cancelled checks to the extent that such payments were made.

18. All documents showing payment of any financial obligation of defendant, at any time from March 1, 2006, to the present.

**OBJECTION: This production request is overbroad and overly burdensome as well as not reasonably calculated to the discovery of information connected with the collection of relevant information. For instance, this request would include of every incidental expense the respondent has incurred regardless of the amount.**

19. All documents showing your income from any source during 2006-2007, including tax forms, pay stubs, and distributions.

RESPONSE: See copies of Tax Returns contained at Tab B.

20. All documents relating to any transfer of money from JBC to any other company in which you or any members of your family have an ownership interest.

RESPONSE: This information is best reflected in an examination of the tax returns (Tab B) and the bank records produced at Tab A).

THE PLAINTIFF

BY___/s Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that the foregoing Discovery Responses were Hand Delivered on this date, November 20, 2007 to all counsel and pro se parties of record with facsimiled confirmation of receipt:

Joanne S. Faulkner
123 Avon Street
New Haven, Connecticut 06511-2422
Facsimile to: (203) 772-0395
j.faulkner@snet.net

/s/

_____
Glenn L. Formica
Attorney for the Defendant