UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVELINE GOINS, | : |
| Plaintiffs, | : CASE NO. 3:02CV 1069(WIG) |
| -v- | : |
| JBC & ASSOCIATES, P.C., JACK H. BOYAJIAN, MARV BRANDON | : November 20, 2007 |
| Defendants. | : |

## AFFIDAVIT OF COUNSEL REGARDING ATTEMPTS TO RESOLVE DISCOVERY DISPUTES.

The undersigned attorney for the Defendants does swear to the foregoing based upon his personal information and knowledge.

1. That he is an attorney licensed to practice in the State of Connecticut and admitted to the Federal District Court of Connecticut.

2. That he is familiar and did review the Local Rule of Civil Procedure 37 regarding discovery disputes.

3. That by way of e-mail and telephone conversations between the November 19, 2007 and November 20, 2007 he did confer numerous times with opposing counsel regarding resolution of the disputed discovery requests.

4. That the undersigned counsel did change some of his responses and partially lift some objections.

5. That there is a genuine concern on the part of the undersigned counsel and his clients that the discovery requests that seek client information must not be provided absent judicial consideration and if necessary by judicial order.

6. That similarly financial information of non-parties must be not be disclosed absent judicial consideration and if necessary by judicial order.

7. That in good faith the Defendants do make objections to requested discovery as being overbroad and burdensome, because of the wide scope of the requests in requesting every minor financial transaction of the Defendants, which impractical and/or und.

Subscribed and sworn on this 20th Day of November 2007

_____
Glenn L. Formica

Before me the undersigned Commissioner of the Superior Court did appear Glenn L. Formica and did swear to the foregoing.

_____
Holli Beasley Wargo
Commissioner of the Superior Court.