United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
November 29, 2007
Roberta D. Tabora, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVELINE GOINS

v.                              CASE NO. 3:02CV 1069 (WIG)

JBC & ASSOCIATES, P.C. et al.

### ATTORNEY'S FEE AFFIDAVIT

Joanne S. Faulkner states:

1. I am the attorney for the plaintiff in this fair debt collection matter and file this affidavit pursuant to the Court's Order (Doc. No. 128).

2. I have had extensive experience for over thirty years in consumer matters, including litigation, conducting seminars and publication in the field.  In October, 2002, I received the prestigious Vern Countryman Award from the National Consumer Law Center "for excellence and dedication in the practice of consumer law on behalf of low-income consumers."   http://www.consumerlaw.org/award/faulkner.shtml

3. Attached is a record of my time and expenses incurred to date in seeking to collect on the judgment in this case.

4. I am requesting attorney's fees at the rate of $350 per hour because I believe the rate is reasonable and reflects the lowest current market rate in the community of my peers for federal litigation. The rate was awarded me in Register v. Reiner, Reiner & Bendett, P.C., Civil No. 3:06CV987 (JCH) (D. Conn. Oct. 19, 2007) Doc. No. 115; Cooper v Ellis Crosby & Assoc, Inc., Civil No. 3:05CV 1467 (MRK) (D. Conn. May 4, 2007) Doc. No. 45; St. Denis v. New Horizon Credit, Inc., Civil No. 3:05CV 1952 (JBA) (D. Conn. July

12, 2006); Moore v. Sank, Civil No. 3:03CV801 (CFD) (D. Conn. June 2, 2006); Sylvia v. Ellis, Crosby & Associates, Inc. 3:05CV 1468 (JCH) (D. Conn. Dec. 12, 2005); Petrolito v. Arrow Financial Services, 3:02cv484 (JCH) (Doc. No. 148) (D. Conn. July 28, 2005). Other recent awards were at $300 per hour. Goins v. JBC & Associates, P.C., 2006 WL 540332 (D.Conn. March 06, 2006); Johnson v. Consumer Education Services, Inc., Civil No. 3:03CV 1115 (AWT) (D. Conn. Feb. 7, 2005); Pabon v Recko, Civil No. 3:00CV 380 (DJS)(TPS) (D. Conn. Dec. 30, 2004) Doc. No. 171; Murphy v Kwiatek, Civil No. 3:03cv173 (MRK) (WIG) (D. Conn. Oct. 5, 2004) Doc. Nos. 15, 17; Harvey v. USCB, Inc., Civil No. 3:02CV1770 (DJS) (D. Conn. Jan. 31, 2003) ($300 per hour); Wrightington v. Nationwide Capital Recovery, Civil No. 3:02CV 1175 (JBA) (JGM) (D. Conn. Jan 6, 2003) ($300 per hour). See also Orchano v. Advanced Recovery, Inc. (1998) ($275 per hour); Nickerson v. J&P Credit Services, Civil No. 3:99CV1876 (DJS) (TPS) (D. Conn. Mar. 29, 2000) ($275 per hour granted as requested with finding that $275 "is substantially less than that normally commanded by Ms. Faulkner").

5. I submit this summary affidavit to keep the time expended minimal. This Court may assess the reasonableness of the amount claimed based on its familiarity with the case, normal rates in the jurisdiction, and its experience generally. DeFilippo v. Morizio, 759 F.2d 231, 236 (2d Cir. 1985). "The smaller the stakes, the less the required formality of proof. It would be absurd to require a litigant to incur a substantial expense in proving up a [fee] claim for only $816." Vukadinovich v. McCarthy, 59 F.3d 58, 60 (7th Cir. 1995). I verify under the penalty of perjury that the foregoing is true and correct.

Dated November 29, 2007.

/s/ Joanne S. Faulkner
Joanne S. Faulkner

2

Goins v JBC (WIG)

| Date | Description | Hours | Amount | Total |
|---|---|---|---|---|
| 03/12/06 | post judgment discovery | 0.8 | $280.00 | $280.00 |
| 04/27/06 | email reminder to counsel | 0.1 | $35.00 | $315.00 |
| 06/17/06 | email reminder to counsel | 0.1 | $35.00 | $350.00 |
| 06/16/06 | motion for turnover order Western Union | 0.75 | $262.50 | $612.50 |
| 06/26/06 | ltr to WU atty | 0.2 | $70.00 | $682.50 |
| 07/13/06 | motion to compel resp to post j discovery | 0.25 | $87.50 | $770.00 |
| 08/13/06 | review dox, ltr to WU atty | 0.75 | $262.50 | $1,032.50 |
| 09/22/06 | research & draft M/contempt (half) | 1 | $350.00 | $1,382.50 |
| 09/30/06 | email reminder to counsel | 0.1 | $35.00 | $1,417.50 |
| 10/11/06 | review law, prep hearing | 6 | $2,100.00 | $3,517.50 |
| 10/12/06 | prepare dox and arg for hearing | 3 | $1,050.00 | $4,567.50 |
| 10/12/06 | hearing | 3.25 | $1,137.50 | $5,705.00 |
| 10/13/06 | research 1927 draft brf | 2.5 | $875.00 | $6,580.00 |
| 10/23/06 | proposed order to show cause | 0.3 | $105.00 | $6,685.00 |
| 10/26/06 | turnover mem | 1.25 | $437.50 | $7,122.50 |
| 12/21/06 | cover ltr & serve at CA address | 0.25 | $87.50 | $7,210.00 |
| 01/09/07 | service to NJ, served on Mike Alec | 0.1 | $35.00 | $7,245.00 |
| 01/19/07 | proof of service | 0.3 | $105.00 | $7,350.00 |
| 07/10/07 | arrange for service | 0.1 | $35.00 | $7,385.00 |
| 07/30/07 | emails from GF, notified him same ones | 0.3 | $105.00 | $7,490.00 |
| 08/04/07 | beg draft opp contempt, review history | 4 | $1,400.00 | $8,890.00 |
| 08/06/07 | renew request for updated disc responses | 0.1 | $35.00 | $8,925.00 |
| 08/08/07 | notice of noncompliance | 0.4 | $140.00 | $9,065.00 |
| 08/17/07 | cont draft opp contempt, research exec + | 4 | $1,400.00 | $10,465.00 |
| 08/20/07 | revised responses from GF, Review | 0.75 | $262.50 | $10,727.50 |
| 08/21/07 | draft fed execution | 0.5 | $175.00 | $10,902.50 |
| 10/08/07 | prod requests | 1 | $350.00 | $11,252.50 |
| 11/05/07 | opp ext | 0.25 | $87.50 | $11,340.00 |
| 11/19/07 | rec'd JBC proc, beg dispute resolution | 0.5 | $175.00 | $11,515.00 |
| 11/20/07 | begin review of prod, none from JB or MB | 1.20 | $420.00 | $11,935.00 |
| 11/23/07 | beg review of Prot ord | 0.20 | $70.00 | $12,005.00 |
| 11/24/07 | draft opp prot ord | 2.30 | $805.00 | $12,810.00 |
| 11/24/07 | beg review of affidavits & history for hearir | 3.00 | $1,050.00 | $13,860.00 |
| 11/26/07 | calls & emails from GF re stip, disc | 0.50 | $175.00 | $14,035.00 |
| 11/28/07 | review dox,discovery, notes for hearing + | 4 | $1,400.00 | $15,435.00 |
| 11/29/07 | prep hearing | 1 | $350.00 | $15,785.00 |
| 11/29/07 | research civil contempt | 1 | $350.00 | $16,135.00 |
| 11/29/07 | hearing (est) | 4.5 | $1,575.00 | $17,710.00 |

    61.33  Western Un

    99.95  NJ service

    79.95  NJ service

      6.76  postage

    20.37  mileage

expenses    268.36